# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| OSG PRODUCT TANKERS LLC, | * | |
| Plaintiff, | * | No. 07-561C |
| v. | * | Filed: July 26, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

The Court and counsel for plaintiff, defendant and awardee, USS Product Carriers LLC, participated in an initial telephonic status conference in this post-award bid protest on Thursday, July 26. Pursuant to that conference, we note the following:

1) Plaintiff's Motion for Leave to File the Complaint Under Seal is GRANTED.

2) Plaintiff will submit a protective order, which the Court will enter upon receipt.

3) Awardee USS Product Carriers LLC will file a motion to intervene in this case. The Court expects to grant this request, as counsel for plaintiff represented it does not oppose such motion.

4) On or before July 30, the parties will propose jointly a schedule for proceeding with this case. The Court provided notice to the parties during the status conference that it will be out of town at trial in another matter from September 5 through September 21. Accordingly, any stipulated schedule should take this into consideration.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge