**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OSG PRODUCT TANKERS LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | Case No. 07-561C<br>Judge Hodges |

**JOINT PROPOSED SCHEDULE**

Pursuant to the initial status conference held by Judge Hodges with both parties on July 26, 2007, and pursuant to the Rules of the United States Court of Federal Claims, Venable LLP, Kirkpatrick & Lockhart Preston Gates Ellis LLP, on behalf of OSG Product Tankers LLC (collectively referred to hereinafter as "Product Tankers"), and the United States jointly propose the schedule below. The parties propose that when the intervenor files its motion to intervene and the motion is granted, the intervenor's filings be made at the same time as the Government's filings.

The Government does not believe that discovery is appropriate in a bid protest action, where the Court's review is ordinarily limited to the administrative record. Product Tankers believes that discovery may be necessary in this action.

- August 3, 2007 – Government files the administrative record.
- August 17, 2007 – Product Tankers files motion to supplement the administrative record.

- August, 23, 2007 – Government files response to Product Tankers' motion to supplement the administrative record.
- August 27, 2007 – Hearing with Judge Hodges regarding discovery requests, if necessary.

If Discovery Granted

- August 27, 2007 through September 14, 2007 – Discovery.
- September 24, 2007 – Product Tankers files motion for judgment upon the administrative record.
- October 8, 2007 – Government files response to Product Tankers' motion for judgment upon the administrative record, and cross-motion for judgment upon the administrative record.
- October 15, 2007 – Product Tankers files response to Government's cross-motion for judgment upon the administrative record.
- October 22, 2007 – Government files reply to Product Tankers' response to Government's cross-motion for judgment upon the administrative record.
- Week of October 29, 2007 – Hold one-day oral argument.

Product Tankers proposes the following schedule in the event that the Court grants an evidentiary hearing:

- October 15, 2007 – Product Tankers and Government each file pre-hearing briefs.
- Week of October 29, 2007 – Hold two- or three-day trial.

The Government does not believe that an evidentiary hearing is appropriate in a bid protest action, where the Court's review is ordinarily limited to the administrative record. However, in

the event that the Court requests an evidentiary hearing, the Government requests that the Court convene a telephonic status conference to discuss scheduling of the hearing.

If Discovery Not Granted

- September 10, 2007 – Product Tankers files motion for judgment upon the administrative record.
- September 26, 2007 – Government files response to Product Tankers' motion for judgment upon the administrative record, and cross-motion for judgment upon the administrative record.
- October 3, 2007 – Product Tankers files response to Government's cross-motion for judgment upon the administrative record.
- October 10, 2007 – Government files reply to Product Tankers' response to Government's cross-motion for judgment upon the administrative record.
- October 22, 2007 – Hold one-day oral argument.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

JOHN J. PAVLICK
Venable, LLP
575 7th Street, NW
Washington, DC 20004
Tele: (202) 344-4894
Fax: (202) 344-8300

Attorney for Plaintiff

TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

July 30, 2007