# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| OSG PRODUCT TANKERS LLC, | * | |
| Plaintiff, | * | No. 07-561C |
| v. | * | Filed: July 31, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**SCHEDULING ORDER**

Plaintiff and the United States jointly proposed a schedule for proceeding in this protest. We adopt the dates contained therein as follows:

| | |
|---|---|
| August 3, 2007 | Defendant files Administrative Record. |
| August 17, 2007 | Plaintiff files any motions to supplement the record. |
| August 23, 2007 | Defendant files responses to motions to supplement. |
| August 27, 2007 | Court will hold a hearing on pending motions, if any. |

The awardee has represented to the court that it intends to file a motion to intervene in this protest. We expect that defendant-intervenor will file concurrently with the Government according to scheduling orders issued by the court.

As suggested by the parties, the court will issue a scheduling order for briefing and oral arguments after resolution of issues relating to the record.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge