**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

OSG PRODUCT TANKERS LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

Civil Action No. 07-561C
(Judge Robert H. Hodges, Jr.)

**MOTION OF USS PRODUCT CARRIERS LLC TO INTERVENE**

Pursuant to Rule 24(a) of the Rules of the United States Court of Federal Claims, USS Product Carriers LLC ("USS"), by undersigned counsel, respectfully moves to join in this action as an Intervenor. As the awardee of the contract that is the subject of this bid protest matter, USS has an interest relating to the property or transaction which is the subject of this action and disposition of this action may as a practical matter impair USS's ability to protect that interest. As noted in the status conference order entered in this matter on July 26, 2007 (Docket No. 8), counsel for plaintiff does not oppose this motion, and the government has also indicated that it does not oppose.

Wherefore, USS respectfully requests the Court to grant this motion. A proposed order is attached.

Respectfully submitted,

/s/

Eric J. Marcotte
WINSTON & STRAWN LLP
1700 K Street, N.W., Washington, D.C. 20006
(202) 282-5000, Fax: (202) 282-5100
Email: emarcotte@winston.com
Counsel of Record for USS Product Carriers LLC

Of Counsel:
Constantine G. Papavizas
Lawrence I. Kiern
Gerald A. Morrissey III
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000
Fax: (202) 282-5100
Email:
cpapavizas@winston.com
lkiern@winston.com
gmorrissey@winston.com

Dated: July 31, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| OSG PRODUCT TANKERS LLC | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-561C<br>(Judge Robert H. Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

**ORDER GRANTING MOTION TO INTERVENE OF USS PRODUCT CARRIERS LLC**

Upon consideration of the Motion to Intervene filed by USS Product Carriers LLC, and the Court being advised that there is no opposition to this motion, it is hereby ORDERED that USS Product Carriers LLC's Motion to Intervene is GRANTED.

______________________________
Robert H. Hodges, Jr.
Judge

Dated: August ___, 2007