# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| OSG PRODUCT TANKERS LLC, | * | |
| Plaintiff, | * | No. 07-561C |
| v. | * | Filed: July 31, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant, and | * | |
| USS PRODUCT CARRIERS LLC, | * | |
| Defendant - Intervenor. | * | |
| * * * * * * | * | |

**ORDER**

USS Product Carriers LLC has filed a motion to intervene pursuant to Rule 24(a) of this court. Based on USS's representations made therein, its request is hereby GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge