# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| OSG PRODUCT TANKERS LLC, | * | |
| Plaintiff, | * | No. 07-561C |
| v. | * | Filed: August 2, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant, and | * | |
| USS PRODUCT CARRIERS LLC, | * | |
| Defendant - Intervenor. | * | |
| * * * * * * | * | |

**ORDER**

The Government's motion to file the administrative record on CD-ROM is GRANTED. Defendant will provide chambers with one paper copy of the record.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge