**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OSG PRODUCT TANKERS LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant, and<br>USS PRODUCT CARRIERS, LLC,<br>Intervenor. | Case No. 07-561C<br>Judge Hodges |

**DEFENDANT'S NOTICE OF**
**FILING OF ADMINISTRATIVE RECORD**

The United States hereby notifies the Court and the other parties of the filing of the administrative record for this bid protest. In accordance with this Court's August 2, 2007 Order, the administrative record is filed on CD-ROM. The administrative record has been Bates stamped and material subject to the Court's July 27, 2007 protective order has been marked protected.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

OF COUNSEL
CARA CONLIN
JOEL WEGER
Military Sealift Command
914 Charles Morris Ct. SE
Washington Navy Yard
Washington, D.C. 20398

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

August 3, 2007

Certificate of Filing

I hereby certify that on August 3rd, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara Kilfoyle