# EXHIBIT A

UNITED STATES DISTRICT COURTS
FOR THE
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
DISTRICT OF MAINE
DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) Case No. | (C.D. Cal.) |
| v. | ) Case No. | (N.D. Cal.) |
| | ) Case No. | (D. Me.) |
| Overseas Shipholding Group, Inc. | ) Case No. | (D. Mass.) |
| Defendant. | ) Case No. | (E.D. N.C.) |
| | ) Case No. | (E.D. Tex.) |

**Environmental Compliance Plan**

The following standards and requirements for an Environmental Compliance Plan ("ECP") have been prepared pursuant to the Plea Agreement dated this same date between Defendant Overseas Shipholding Group, Inc. ("OSG"[1] or "Defendant") and the United States Attorney's Offices for the Central District of California, the Northern District of California, the District of Maine, the District of Massachusetts, the Eastern District of North Carolina, and the Eastern District of Texas, and the Environmental Crimes Section of the United States Department of Justice ("United States" or "the Government") and are a condition of Defendant's probation. Compliance with all of the terms and standards of the ECP is a requirement of the Plea Agreement. This ECP applies to OSG and any subsidiaries or assigns.

The ECP is subject to approval by the Court and the United States Probation Office for the District of Massachusetts ("USPO").

## I. APPLICABILITY AND PURPOSE

[1] For the purpose of this ECP, OSG is defined to include Overseas Shipholding Group, Inc., OSG Ship Management (UK) Ltd., OSG Ship Management (GR) Ltd., OSG Ship Management Inc., Tanker Management Ltd., OSG Ship Management (Canada) Inc., and Maritrans Operating Company, LP, and any other similar present or future subsidiaries.

This ECP shall cover and apply to all oceangoing vessels that are technically managed and/or manned by OSG during the period of probation. The vessels that are technically managed and/or manned by OSG as of the date of execution of this ECP are listed in Attachment 1. Vessels for which OSG has relinquished technical management or manning responsibilities shall be excluded from the requirements of this plan on the date OSG relinquishes such responsibilities. Notification of such relinquishment shall be made in accordance with the requirements of Section XII.

The ECP shall also apply to all shore side employees and crews of OSG involved in the technical management and/or manning of the vessels listed in Attachment 1.

The purpose of the ECP is to ensure that all vessels technically managed by OSG fully comply with all applicable marine environmental protection requirements established under applicable international, flag state, port state and coastal state law, and United States laws including, but not limited to, the International Convention for Prevention of Pollution from Ships ("MARPOL"), and all applicable Federal and state statutes and regulations including, but not limited to the Ports and Waterways Safety Act ("PWSA"), the Act to Prevent Pollution from Ships ("APPS"), the Clean Water Act ("CWA") and the Oil Pollution Act ("OPA"), hereinafter *marine environmental protection requirements*, and to the additional requirements and policies established by this plan itself. In the case of a conflict between this ECP and any of the aforementioned requirements such that the ECP is less restrictive, then the more restrictive authority shall govern.

This ECP shall be incorporated into the Plea Agreement by reference and compliance with the terms of the ECP will be a special condition of probation. Failure to comply with any part of this ECP, including but not limited to, refusal to pay valid charges for the Court Appointed Monitor, the External Audit Group ("EAG") or Third Party Auditor and failure to provide these or other personnel, auditors or inspectors needed to achieve the objectives of this agreement, or failure to provide complete unrestricted access to vessels, facilities, personnel or documents, may be a basis on which the Government may move to revoke or modify Defendant's probation.

In the course of implementing this ECP, should inadequacies in the size and capabilities of vessel crews be proven as a contributing factor to their inability to manage waste streams, OSG agrees to supplement crew sizes as needed, consistent with the vessel's lifesaving arrangements. Additional shoreside resources may also be required.

OSG shall take appropriate action, up to and including dismissal, against any employee who obstructs, hinders or presents false information or makes false statements during any inspection, monitoring, or auditing, or inspection function required by this ECP or to any U.S. authority performing an inspection or Port State Control activity.

Any proposed modifications to this ECP must be made in writing and signed by OSG. Modifications proposed by the Defendant shall be submitted to the USPO and the designated signatory of the Government to this ECP. The USPO and the designated signatory of the Government to this ECP shall have thirty business days to provide written comments on the proposed modification. If no comments are provided within the thirty day period the modification will become effective. If the USPO or the designated signatory of the Government



2

objects and the parties are unable to resolve the issue, either party may file a motion before the United States District Court with responsibility to supervise probation as designated at the time of sentencing.

During the probationary period, a copy of the ECP and the Environmental Management System ("EMS") must be kept at all times in pre-designated locations within the ship where they can be readily accessed by senior shipboard personnel. Such locations must include the quarters of the Master and Chief Engineer, as well as in the engine control room and on the bridge. [See Appendix, para. 1].

OSG understands that representatives of the United States Coast Guard may board, audit, or inspect vessels managed under this ECP at any time they are found within the jurisdiction of the United States.

## II. CORPORATE COMPLIANCE MANAGER (CCM)

Within sixty (60) days after the entry of the Plea Agreement, the Defendant shall designate a senior corporate officer as the Corporate Compliance Manager (hereinafter "Corporate Compliance Manager" or "CCM") who shall report directly to the Chief Executive Officer of the Defendant. The Corporate Compliance Manager position must be filled by an individual with significant maritime vessel operational background, who possesses the authority to ensure full implementation of this ECP, and who is thoroughly familiar with the requirements of this ECP and domestic and international maritime environmental laws and regulations. The Defendant shall provide the name of and means of communicating with the Corporate Compliance Manager to the USPO, with copies of said notification to the designated signatory of the Government. [See Appendix, para. 2].

Given the size of the OSG fleet and the number of technical management offices that this ECP covers, the CCM may delegate certain duties in writing to an appropriately qualified and named individual in each technical management office. The CCM will remain, however, the point of contact for the Government.

The Corporate Compliance Manager shall be authorized to access all records, documents and facilities and vessels throughout the Defendant's organization for the purpose of implementing this ECP.

The Corporate Compliance Manager shall be responsible for ensuring that observations resulting from any audit under this ECP are appropriately documented, tracked, and resolved and that such resolutions are thoroughly documented in a format that can be readily audited. This documentation shall be made available to any personnel performing audit functions under this ECP, and to the USPO and the Government.

## OPERATIONAL COMPLIANCE OFFICER (OCO)

OSG shall designate an Operational Compliance Officer (OCO), who reports directly to the CEO and the Board of Directors. The OCO shall have no ownership of operational procedures and serves purely in an oversight/external auditor role. The Operational Compliance Officer shall be authorized to access all records, documents, facilities and vessels throughout OSG's operational organization for the purpose of monitoring compliance with the ECP. This includes oversight of compliance with the ECP as implemented by OSG staff. The OCO shall be responsible for the EAG and will ensure that the audits performed by the EAG, the Operational Integrity Department, and the Third Party Auditor under this plan are carried out. The Defendant shall provide the name and means of communicating with the OCO to the USPO, with copies of said notification to the designated signatory of the Government. [See Appendix, para. 3].

**OPERATIONAL INTEGRITY DEPARTMENT (OI)**

OSG shall establish an Operational Integrity Department. This department shall report directly to OSG's Head of Shipping Operations. [See Appendix, para. 4]. This department shall:

1. Conduct environmental, safety and other audits of vessels
2. Investigate Open Reports, as directed by the Head of Shipping Operations
3. Investigate vessel casualties and oil pollution incidents as directed by the Head of Shipping Operations
4. Make recommendations to the Head of Shipping Operations regarding improvements to the EMS

**Environmental Management System (EMS)**

The Corporate Compliance Manager shall be responsible for ensuring the full development, implementation and documentation of OSG's Environmental Management System ("EMS").

The EMS will include and address the following:

- environmental policy
- environmental requirements and voluntary undertakings
- objectives and targets
- structure, responsibility and resources
- operational controls
- corrective, preventative action and emergency procedures
- training, awareness and competence
- organizational decision making and planning
- document control
- continuous evaluation and improvement

Additional details and requirements of the EMS and the responsibilities of the Corporate Compliance Manager in establishing the system are provided in Attachment 2. [See Appendix, para. 5].

**Reporting of Non-Compliance by Employees and Crew Members (OPEN REPORTING)**

OSG shall maintain an Open Reporting System by which shore side and vessel employees may anonymously report issues of non-compliance with this ECP, the EMS, and other marine environmental protection requirements via email, or toll-free phone number. OSG must provide crew members with information about OSG's Open Reporting System prior to each term of employment. The Open Reporting System policy shall include provisions that prohibit retaliation against those who report non-compliance and shall include a written policy that makes failure to notify regarding any violation of the EMS or other maritime environmental protection requirements grounds for discipline or dismissal. It shall be the responsibility of the CCM to maintain this system. Arrangements shall be made to ensure anonymity of such reporting when desired by the individual making the report. OSG shall inform its employees of the availability of this reporting system by posting notices in lounge spaces of officers and crewmembers, the engine control room, and common areas of the vessels, as well as through company publications and organization-wide announcements issued on at least a quarterly basis.

The Corporate Compliance Manager and the OCO shall be informed of each such Open Report. The OCO shall ensure that a copy of each such report containing an allegation of environmental noncompliance is provided to the Court Appointed Monitor. The Open Reporting System shall contain a report to the Fleet on a quarterly basis to demonstrate that the system is working.

The Corporate Compliance Manager shall review, investigate, and document reports of non-compliance by employees in a timely fashion and shall initiate, monitor, and document all actions taken as a result of the reporting. The Corporate Compliance Manager shall maintain these records and make them available for review. The Corporate Compliance Manager shall develop and communicate OSG's policy that OSG will not tolerate retaliation against those who report non-compliance and will develop and communicate a policy that makes failure to notify regarding any violation of this ECP, the EMS, or other maritime environmental protection requirements grounds for discipline or dismissal. [See Appendix, para. 6].

**Corporate Accountability**

The OCO shall make quarterly reports to OSG's Chief Executive Officer concerning compliance with and implementation of this ECP, the EMS, and other maritime environmental protection requirements. Annually, the OCO shall provide a summary of the reports to OSG's Board of Directors. All issues of non-compliance will be communicated, along with any corrective action taken. Copies of these reports will be provided to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard.

The Corporate Compliance Manager shall ensure immediate notification to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard of all circumstances whereby OSG fails to fully support and finance OSG's objectives in implementing all the requirements of this Environmental Compliance Program and EMS as it pertains to equipment, system improvements, and any other requirements of this plan.

The Corporate Compliance Manager shall be responsible for developing a comprehensive budget process to ensure on an annual basis that each vessel is provided adequate funding for shoreside

disposal of wastes, including bilge water, slops, sludge disposal, the minimization and management of waste streams, the maintenance and technical upgrades of environmental equipment and funding necessary to meet all the other requirements of this plan. Budgets shall account for bilge water, slop and sludge disposal and include a documented methodology on the determination of quantities estimated to be sent ashore and or processed by the vessel. [See Appendix, para. 7].

**Full Company-Wide Cooperation**

OSG shall communicate to its shipboard and shore staff its commitment to environmental compliance and to all terms in this ECP.

In the first quarter of every year Senior Management of OSG shall communicate to the Sea and Shore staff by DVD their commitment to the environment, safety and quality. [See Appendix, para. 8].

The Corporate Compliance Manager shall take all necessary steps to ensure the full cooperation of all employees during all activities required by this ECP and EMS. Cooperation is to be provided to all persons performing audits and inspections, regardless of location. The Corporate Compliance Manager shall ensure that the EAG, Third Party Auditor and any other inspection, auditing, or monitoring personnel involved in the auditing of any vessel have complete unrestricted access to all vessel areas, documentation, personnel, and material equipment. Private locations for one-on-one interviews between employees and various inspection, auditing or monitoring personnel shall be provided.

The Corporate Compliance Manager shall be responsible for ensuring that each new employee, or hire, is trained that environmental policy compliance, as well as accurate and truthful records, are extremely important and that OSG will take appropriate actions for violations. [See Appendix, para. 9].

The Corporate Compliance Manager shall be responsible for developing the Training Requirements detailed in Attachment 3. [See Appendix, para. 10].

The Corporate Compliance Manager shall be responsible for fully implementing the Engineering Requirements established in Section X of this ECP.

The Corporate Compliance Manager shall be responsible for developing and maintaining a system to track each vessel's machinery space waste quantities and capacities. [See Appendix, para. 11].

## III. CHIEF ENGINEER

Chief Engineers on board all vessels subject to this ECP shall:



6

Ensure complete compliance with the Engineering Requirements established in Section X of this plan (as applicable to his/her vessel).

Assist in the audit process to ensure complete compliance with the various requirements, polices and procedures addressed in Section VII.

Measure, monitor and manage shipboard machinery space generated wastes and the conditions of any equipment having oil to sea interfaces on a daily basis.

Timely resolve (through repairs and/or applicable EMS procedure) engine room, machinery space, or pump room related environmental concerns, such as inoperative or ineffective pollution prevention equipment, waste handling or monitoring equipment, leakages (except those necessary for packing cooling) stemming from pump seals, packing glands or line breaks, or due to any other causes contributing to the accumulations of bilge fluids, oily mixtures and sludge type wastes.

Ensure that all Engine Room wastes that are subject to special handling requirements are properly managed.

Ensure that all shipboard engine room personnel have appropriate training on environmental policies and procedures, including but not limited to training on the operation and use of pollution prevention equipment, bilge pumps, bilge and ballast pumps, incinerator, Oil Water Separator and the making of entries in the Oil Record Books, Garbage Record Book or any other logs required by this ECP or other maritime environmental protection requirements.

Ensure that the Chief Engineer's handover notes shall include an environmental component and description of the current status of operation, maintenance, and repair, for the Incinerator, Oily Water Separator, Oil Content Monitor, Oil Discharge Monitor, and other pollution prevention procedures or equipment, the status of spare parts for the aforementioned equipment, and an estimation of the day-to-day bilge loads and accumulations.

Ensure that all Engine Room records, soundings and tank measurements are accurate and recorded truthfully. [See Appendix, para. 12].

Report all instances where inadequate response caused conditions leading to excessive waste stream development.

## IV. MASTER

In addition to any other existing statutory and regulatory requirements, the Master of each OSG vessel subject to this ECP bound for the United States shall ensure that prompt reports are made to the United States Coast Guard of any equipment malfunction related to marine environmental protection requirements in its 96 hour Advance Notice of Arrival into a US Port. Additionally,

such reports shall be copied to the U.S Coast Guard Captain of the Port of the next port of call in the United States. In addition to his regular duties, the Master shall:

Ensure employee's compliance with the ECP, the EMS, MARPOL, and all applicable maritime pollution protection requirements. Employee compliance with such requirements will be incorporated as a positive factor in performance evaluations. Failure to comply with such requirements will be incorporated as a negative factor in performance evaluations and may lead to dismissal.

Maintain on board the vessel all records required by international conventions and treaties including SOLAS, the ISM Code, and MARPOL and applicable State and Federal statutes and regulations and any additional documents or records required under this ECP and EMS. Additionally the Master will make these records available to the EAG, Third Party Auditor, the designated signatory of the Government, the United States Coast Guard, and the USPO upon request.

Ensure that every crewmember has received appropriate training necessary to ensure compliance with this ECP, the MS, and other maritime pollution prevention requirements and that the proper records of all training on environmental matters are maintained.

Maintain replacement Environmental Tags and used Environmental Tags as set forth in Section X of this agreement in the vessel's safe and shall inspect each damaged Environmental Tag number to ensure Environmental Tags having identical numbers are never used. An inventory of the unused Environmental Tags shall be a required component of the master's handover notes.

Ensure the use of and review handover notes for the four senior officers. The notes shall have an environmental component and include information related to the status, handling and discharge of any vessel generated wastes or slops and the operation of the OWS, OCM, Oil Discharge and Monitoring Equipment ("ODME"), and Incinerator.

## V. SHORESIDE PERSONNEL SERVING IN ANY CAPACITY.

All shore side employees of OSG having routine involvement with any aspect of the operation, maintenance and repair of covered vessels shall be required to report in writing any information related to the vessel or crew's inability to comply with this ECP and any other marine environmental protection requirement. This may include but not be limited to any information learned from reviewing, ordering or purchasing lubrication oils, spare parts ordered for pollution prevention equipment, equipment having oil to sea interfaces, the need for additional cleaning crews, the need for machinery space piping replacement, discussions with shipboard personnel or employment of divers for underwater surveys. It shall also include information and knowledge obtained during ship visits, audits or inspection regardless of the particular focus.

Shoreside engineering personnel shall develop and implement an identification system of all critical components such as pump seals, flange gaskets, etc., that require rapid replacement in order to minimize leakages and reduce waste stream development in every machinery space.

A spare parts identification and rapid replacement program will be required for all pollution prevention equipment. OSG agrees to maintain a centralized system for managing critical equipment spare part ordering and distribution. [See Appendix, para. 13]. OSG agrees to review, and, to the extent possible, harmonize its pollution prevention equipment onboard all of its vessels to minimize fleet wide difficulties associated with the operation, maintenance, training and repair of the equipment or replacement of various components.

## VI. COURT APPOINTED MONITOR

As part of the ECP, the Defendant agrees to pay for a Court Appointed Monitor that will be appointed by and report to the Court during the entire period of probation. Within thirty days of the entry of the imposition of sentence the Defendant will submit a list of three qualified candidates for the Court Appointed Monitor from which the Government and the Court will appoint one of the candidates. In the event that the Government and the Court do not find one of the candidates satisfactory, or if it does not find the work of the Court Appointed Monitor satisfactory, at any time they may request the Defendant to supply additional candidates. Further, if an agreement can not be reached regarding the selection, the decision shall be left up to the Court. The Court Appointed Monitor must have staff with the following experience:

a. expertise and competence in the regulatory programs under United States and international marine safety and environmental laws; and
b. expertise and competence to assess whether OSG has adequate management systems in place to ensure regulatory compliance, correct non-compliance, and prevent future non-compliance.
c. demonstrated capability to evaluate OSG required effort and commitment in satisfying the requirements of this ECP and the OSG Management System, including the EMS.

OSG shall ensure that the Court Appointed Monitor is provided all reports and notifications as established in this plan.

The Court Appointed Monitor shall be assigned the following tasks and responsibilities and provide written submissions to the Court as follows:

- Review the relationship between OSG and the EAG and Third Party Auditor and evaluate the adequacy of measures taken to ensure that the EAG and Third Party Auditor act with independence.

- Conduct a review and submit an annual report to the USPO, OSG, designated representative of the U.S. Coast Guard and the designated signatory of the Government, regarding the rounds of audits conducted by the EAG and Third Party Auditor pursuant to



9

the Plea Agreement and the ECP. The Court Appointed Monitor's reports shall provide a summary of the findings regarding the adequacy of the Ongoing Audits, and Final Audit required by this ECP and adequacy of recommendations for change, as found necessary.

- The annual report shall also include and address any other information that the Court Appointed Monitor is aware of which pertains to OSG's capabilities to meet the objectives of this ECP or any other marine environmental protection requirements, including all known inadequacies of the EAG, the Third Party Auditor or with respect to OSG's performance whether personnel based or related to any of its vessels, systems, equipment, or components shall be reported in the annual report.

- If the Court Appointed Monitor receives information regarding a direct violation of any existing marine environmental protection requirement or requirement of this ECP, the Court Appointed Monitor must immediately report the occurrence to the USPO and to the United States. At any time during the probationary period the Court Appointed Monitor may inspect or investigate any aspect of the EAG or Third Party Auditor activities as they relate to the requirements of this plan or with respect to OSG's operations, and shall be provided full access to all records, audit personnel, vessels and shore side facilities as is necessary to perform its duties.

- Provide any additional reports, in both electronic and hard copy form, to the USPO, OSG, designated representative of the Coast Guard and the designated signatory of the Government, as requested by the Court or as appropriate and to include inadequacies in the audit process, violations of the terms and conditions of the ECP and EMS, as well as any other findings of significant problems or deficiencies.

## VII. AUDITING PROCESSES – DOING IT RIGHT

This ECP requires three phases of audits and inspections [See Appendix, para. 14]:

- Initial Audit
- Ongoing Audit
- Final Audit

### Initial Audit

An initial audit will be performed by the EAG to ascertain and evaluate all areas of OSG's technically managed and/or manned vessels -- their systems, equipment and components and current practices whether documented or not, the knowledge, skills, and abilities of ship and shore side personnel as they relate to the requirements of this ECP, the EMS, and maritime environmental protection requirements. The initial audit may be considered a discovery action or an investigation, in that its purpose is to review all areas of operation that can impact various elements of pollution prevention and environmental protection. Exceeding a typical SMS audit or vetting process, it is used to determine practices, procedures and equipment conditions not typically documented during a routine inspection by class society, port or flag state inspection.

The results of the Initial Audits are used to shape and revise as needed the Management System established by this ECP.

Each initial audit shall:

- Be performed while the vessels are underway, when systems are in operation and when personnel are performing their normal routines;

- Assess all waste streams developed from any system, equipment and components found in any engine room, machinery space or pump room onboard the OSG vessels. This will include observation and documentation describing the leakages apparent on every system that can contribute to bilge loading. The audit will determine the status and quantify leakages stemming from;

    - all pump and valve seals and glands during operation,
    - all piping systems, flanges, gaskets, fittings and joints,
    - all equipment casings such as main and auxiliary engines, reduction gears,
    - operation of engines, boilers, incinerators, evaporators and,
    - every other mechanical component found aboard OSG vessels.

- Assess the adequacy and performance of the Oily Water Separator, Oil Content Monitor, Incinerator, Sewage System and any other pollution prevention equipment to handle the quantities and types of wastes developed during normal operations. This assessment shall include an evaluation of the capacities for all tanks or containers associated with the management of sludge, bilges and oily wastes or other wastes. It shall include an evaluation of documentation tracking, maintenance and repair, modifications of all pollution prevention equipment, and notifications of equipment failure to shoreside personnel.

- The assessment of the adequacy and performance of the Oily Water Separator and Oil Content Monitor will specifically include an operational test of the system under actual operational conditions, with consideration of the manufacturer's recommendations. This test shall include one (1) hour of continuous processing of the contents of the Bilge Holding Tank without dilution, conducted in the presence of the auditor(s), Chief Engineer, First Engineer, and any other engine room personnel assigned responsibility for the operation and/or maintenance of the Oily Water Separator. If an actual discharge is not feasible due to the location of the vessel, then the discharge shall be through the recirculation line in accordance with procedures approved by Class. Soundings of the Bilge Holding Tank shall be made before and after the test and made a part of the audit record. All alarms shall be recorded and made a part of the audit record. All of the above shall be recorded in the Engine Room Oil Record Book. In the event that the assessment determines that the Oily Water Separator is not adequate, then an immediate report shall be made to the Corporate Compliance Manager, Operational Compliance Officer, the designated representative of the Coast Guard, USPO and the designated signatory of the Government. A copy of the engine room alarm printout and Environmental Logging

System tape (if applicable) shall be retained and appended to the Oil Record Book page documenting this test.

- Assess the performance of the ODME in the presence of the Chief Mate. Ensure that members of the Deck department who operate the ODME are proficient in its operation and record keeping. The assessment of the ODME shall be recorded in the Deck Oil Record Book. In the event that the assessment determines that the ODME is not adequate then an immediate report shall be made to the Corporate Compliance Manager, Operational Compliance Officer, the designated representative of the Coast Guard, USPO and the designated signatory of the Government.

- Assess each vessel's crew and their ability to handle the operational, maintenance and repair workloads in maintaining all systems, equipment and components onboard in an effort to minimize waste stream development and to determine if the size of the engineering crew is adequate for workloads;

- Assess the adequacy of the EMS, procedures, current practices and equipment, including storage capabilities used to manage shipboard solid wastes generated in all areas of the vessel and the effectiveness of garbage management plans;

- Assess the adequacy of the EMS, current practices and equipment associated with cargo wastes and slop management developed during all evolutions of cargo operations;

- Assess the machinery spaces for unauthorized ways to dispose of waste;

- Assess the adequacy of the vessel crewmembers to maintain the following records, including a complete comparative analysis of recorded values (against each other where possible) of the following records, if applicable:

    - Oil Record Book ( Deck and Engine)
    - Engine Room Alarms
    - Tank sounding sheets
    - Personnel work records and lists
    - Maintenance records
    - Vendor service records
    - Bilge waste and sludge receipts
    - Deck Log
    - Garbage Record Book
    - Oil to Sea Equipment Interface records
    - Hazardous waste manifests
    - Solid waste discharge receipts
    - Oil Content Monitor calibration records
    - Training records
    - Vetting documents
    - Inspection Documents
    - EMS or SQE Audit documents

- Assess the adequacy of the policy, procedures, and current practices used to store and dispose of the following, if applicable:
  - Solvents
  - Degreasers Cleaning wastes
  - Batteries
  - Paints
  - Oily rags
  - Fluorescent and incandescent bulbs
  - Expired boiler and engine chemicals
  - Used boiler and engine chemicals
  - Galley greases
  - Pyrotechnics
  - Medical supplies
  - Contaminated bunkers
  - Used Oils and greases
  - Incinerator ash
  - Transformer oils
  - Contaminated refrigerants
  - Hazardous materials

- Assess and evaluate documentation that all vessel officers understand the requirements of the EMS.

- Assess the EMS and current practices and procedures associated with the Master and Chief Engineer's capability to communicate regarding issues relating to the EMS with shoreside personnel including the Corporate Compliance Manager and other appropriate managers as required under the OSG Management System, and review such communications;

- Assess the frequency and adequacy, through interviews of crewmembers, of shipboard pollution prevention and environmental protection meetings and training;

- Assess the EMS, and current practices and procedures used on vessels and ashore to track crewmember environmental training, as well as the availability of and access to training resources;

- Assess the adequacy of reference materials related to each environmental procedure required by this ECP, the EMS and the maritime environmental protection requirements;

- Assess the adequacy of existing reporting methods to report environmental concerns and evaluate the capability of a reporting individual to remain anonymous, and review processes for handling environmental concerns from crewmembers and shoreside personnel. Evaluate the adequacy of signage and instructional material relevant to use of the existing reporting methods;

- Assess the EMS to ensure that vessel vendors, technicians, and other non-crewmembers follow OSG's requirements regarding pollution prevention and environmental protection;

- Assess the EMS to manage any existing Environmental Tag System tracking and valve locking program including the storage of Environmental Tags, preventing the use of duplicate Environmental Tags;

- Assess the EMS and equipment used to maintain refrigeration units, includes availability and status of refrigerant recovery units, procedures for recovering refrigerants and maintenance of a leak log;

- Assess the EMS and equipment related to Oil Transfer Procedures, including slops, bilges and sludge discharges, conditions of hoses, connections and transfer equipment, including reviews of Declarations of Inspections, and methods in place to prevent illegal discharges via the shore connections;

- Assess the EMS and equipment used to handle emergency releases of hazardous fluids or pollutants on deck or within machinery spaces of vessels, includes a review of the Shipboard Oil Pollution Emergency Plan and including evaluation of personnel performing such duties;

- Assess all records related to any failure of existing safety or other management systems, including a review of nonconformities and respective corrective actions;

- Assess the EMS associated with ballast water management and invasive species requirements;

- Assess the availability and content of various manuals, schematics and documents required in the use of all pollution prevention equipment and activities.

[See Appendix, para. 15].

**Ongoing audits**

Ongoing audits will consist of all the elements of the initial audit and any additional requirements created during the development and implementation of the EMS. Where deficiencies are noted during audits, OSG must manage an auditable feedback loop. [See Appendix, para. 16].

**Final audit**

The final audit shall be performed by the Third Party Auditor to assess OSG's full implementation of the EMS and to evaluate, for the Government, OSG's capability to ensure and sustain complete compliance with the requirements of this ECP, the EMS, and other maritime environmental protection requirements. The use of the Third Party Auditor shall provide independent verification of the status of compliance with the ECP.



14

## VIII. External Audit Group (EAG)

Within thirty days after the entry of the plea agreement OSG shall submit a proposed qualified candidate(s) for the External Audit Group ("EAG"). The Government and the Court shall evaluate the existing EAG candidate(s) and advise OSG on whether the candidate is acceptable. If the proposed candidate is not acceptable, the Government shall request the Defendant to supply an additional candidate(s). Further, if an agreement cannot be reached regarding the selection, the decision shall be left up to the Court.

An organization that has provided auditing services to OSG within one year prior to the signing of this agreement may be considered by the Government and Court to serve as the EAG only if the environmental audit criteria detailed in Section VII of this ECP are followed.

The EAG shall conduct the Initial audit described herein and issue a Report of Findings. Qualified candidates for the EAG include individuals or firms that have staff capable of applying International Standards Organization ("ISO") 19011 environmental management auditing criteria and have the following experience: experience as a shipboard Chief Engineer; expertise and competence in the regulatory programs under United States and other marine environmental protection requirements; experience in performing environmental audits in industrial or maritime environments, sufficient expertise and competence to assess whether OSG has adequate policies, procedures and equipment in place to assure compliance with the ECP and to ensure regulatory compliance, correct non-compliance, and prevent future non-compliance. The EAG shall not be filled by any individual or entity associated with the Classification Societies or Flag Administrations to which OSG vessels listed in Attachment 1 are classed or registered.

During the term of probation, the EAG shall not directly own any stock in OSG and must have no other ongoing contractual or business relationship, other than that of the EAG with OSG, unless expressly approved by the Government. The EAG must exercise independent judgment and ensure that the objectives of the Government as set forth in this ECP are met. OSG and the EAG shall disclose to the USPO and the designated signatory of the Government any new contractual relationships or proposed contractual relationships between OSG and the EAG that did not exist at the time of the signing of the Plea Agreement. [See Appendix, para. 17].

The EAG shall function independently of OSG. The EAG shall not receive or request approval of any form from any employee of OSG regarding the development, clearance or evaluation of any document, report, or communication of any kind, whether draft or final required by this ECP.

The EAG must have adequate staff to perform the work required of this ECP. Due to the in-depth nature of the audit criteria, persons with specialized knowledge and experience will be required to perform the audits. The knowledge, skills and abilities of the EAG and staff must align with the criteria of the audits. Experienced personnel with extensive operational, maintenance and repair of shipboard and machinery space systems, equipment, and components is a prerequisite.

The EAG agrees to provide the Court Appointed Monitor full access to all records, personnel (including auditors) and any other information associated with its responsibilities in fulfilling the requirements of this ECP.

**Audits**

The EAG shall have full access to OSG employees and officers, company records, its vessels and shore side facilities as may be necessary to perform its auditing function.

The EAG shall perform three rounds of audits on the vessels subject to the ECP. The first round, commencing in June 2006 and ending at the conclusion of the first year of probation, shall consist of 24 vessels and the three technical management offices. [See Appendix, para. 18]. The second round shall take place during the second year of probation and consist of 12 vessels. The third round shall take place during the third year of probation and consist of 12 vessels. The content of the audits is described in Section VII.

In an effort to fully investigate shipboard policies, procedures, conditions and equipment the EAG may not share in advance to any OSG vessel its audit checklists or other materials used to perform vessel audits.

Commencing June 2006 and ending at the end of the period of probation, all vessels subject to this ECP shall have at least one audit conducted to the same terms of reference as the EAG set out in Section VII. Vessels not audited by the EAG will be audited by the OI Department. Reports of these audits will be submitted to the OCO under the same conditions as the EAG audits. [See Appendix, para. 18].

The EAG shall have the sole discretion to select which vessels to review and evaluate consistent with scheduling and availability of those vessels. The audits may take place overseas and/or during coastwise voyages. In order to achieve the objectives of this ECP the audits shall take place while the vessel is underway. Audits shall include a comprehensive evaluation of OSG's operations onboard vessels. The content of the audit shall follow at a minimum the audit criteria addressed in Section VII of this ECP.

The OCO shall ensure that the Court Appointed Monitor is notified when compliance audits are scheduled. A designated representative of the Government may participate in the compliance audits as an observer at Government expense as long as such participation will not delay or otherwise interfere with any such audit.

If during the audits it is determined by the OCO or the Government that OSG has inadequate policies, procedures and equipment in place to ensure ECP and regulatory compliance, to correct non-compliance, or to prevent non-compliance, OSG will provide all necessary funding and resources to facilitate implementation of corrective measures recommended by the OCO or the Government. Also, if during any audit a violation of existing marine environmental protection requirements is noted, the EAG shall immediately notify the OCO. The OCO shall ensure that the necessary notifications occur as required by applicable international and/or United States laws and regulations. For violations of United States laws and regulations, the OCO shall ensure

that the designated signatory of the Government and the designated representative of the Coast Guard are immediately notified.

An audit report shall be produced for each vessel and shoreside facility. The report shall contain detailed audit findings, including the basis for each finding and identify areas of concern. Any corrective measures taken at the time of discovery will be included in each report. Further, each report shall contain information related to the Audit's administration and identify the following.

- Audit scope, including the time period covered by the audit.
- The date(s) the on-site portion of the audit was conducted.
- Identification of the audit team members.
- Identification of the company representatives and regulatory personnel observing the audit.
- The distribution list for the EAG Audit Report.
- Summary of the audit process, including any obstacles encountered.

All audit reports shall be submitted, in both electronic and hard copy form, to the USPO, OSG, designated representative of the Coast Guard and the designated signatory of the Government, along with the audit working papers and any correspondence related to the audits.

**Report of Findings**

At the conclusion of each annual round of audits the EAG shall develop a Report of Findings which summarizes the reviews. The Report of Findings must be completed within 60 days of completion of each annual round of Audits. The Report of Findings will incorporate information obtained from the individual Audit Reports and will provide OSG recommendations that could improve its EMS.

If the EAG believes it is unable to complete its Report of Findings within the 60 day period and believes that additional time is needed to analyze available information, or to gather additional information, the Defendant may request that the Court grant the EAG such additional time, as required. The Government agrees to support all such reasonable requests.

OSG agrees to develop and submit within 60 days (of completion of the Report of Findings) to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard for review and comment, in both electronic and hard copy form, a response to the EAG report.

If OSG believes that it is unable to develop and submit a response within 60 days to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard for review and comment, the Defendant may request that the Court grant OSG additional time, as required.

In all events the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard will have 30 days to respond to OSG's response. If no response is provided, OSG may assume that its response is accepted.

## IX. Third Party Auditor / Final Audit

Within eighteen months before the end of the probationary period, OSG shall submit a proposed qualified candidate or candidates for the Third Party Auditor. The Government and the Court will evaluate the candidate(s) and advise OSG on whether the candidate is acceptable. If the proposed candidate is not acceptable, the Government will request the Defendant to supply additional candidates. Further, if an agreement can not be reached regarding the selection, the decision shall be left up to the Court.

The Third Party Auditor must meet the qualifications below, conduct a Final Audit and produce a Report of Findings. The purpose of the Final Audit is to assess whether OSG has achieved full implementation of the ECP and to evaluate for the Government OSG's capability to ensure and sustain complete compliance with the requirements of this ECP and other marine environmental protection requirements.

The Third Party Auditor will be certified by the American National Standards Institute-Registration Accreditation Board or will have comparable credentials and experience in performing EMS audits. Additionally, qualified candidates for the Third Party Auditor position include individuals or firms that have staff capable of applying ISO 19011 environmental management auditing criteria and have the following experience: experience as a shipboard Chief Engineer; expertise and competence in the regulatory programs under United States and other marine environmental protection requirements; experience in performing environmental audits in industrial or maritime environments, sufficient expertise and competence to assess whether OSG has adequate policies, procedures and equipment in place to ensure ECP and regulatory compliance, to correct non-compliance, and to prevent future non-compliance.

The Third Party Auditor shall not receive or request approval of any form from any OSG employee, regarding the clearance or evaluation of any document, report, or communication of any kind, whether draft or final provided to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard. The Third Party Auditor must not directly own any stock in OSG and must have no other present, ongoing or pending contractual or business relationship with OSG.

The Third Party Auditor will be expected to fully apprise OSG, the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard of all circumstances regarding non-compliance with this ECP and other marine environmental protection requirements. The Third Party Auditor recognizes that failure to be forthcoming, or any efforts to defraud, hinder or delay the reporting of information may be a violation of United States law and will be treated accordingly.

The Third Party Auditor must have adequate staff to perform the work required of this ECP. The workload of the Third Party Auditor with respect to work associated with other plea agreements will be assessed. Due to the in-depth nature of the audit criteria, persons with specialized knowledge and experience will be required to perform the audits. The knowledge, skills and



18

abilities of the Third Party Auditor and staff must align with the criteria of the audits. Experienced personnel with extensive operational, maintenance and repair of shipboard and machinery space systems, equipment, and components is a prerequisite. The Third Party Auditor must meet or exceed the requirements for independence and lack of conflicts described above for the EAG.

The Third Party Auditor agrees to provide the Court Appointed Monitor full access to all records, personnel (including auditors) and any other information associated with its responsibilities in fulfilling the requirements of this ECP.

**Final Audit**

The Third Party Auditor shall perform a review and analysis of OSG's implementation of this ECP and the EMS. The scope of the Final Audit shall consist of an onboard and underway review of the higher of either: 24 ships or 25% of the ships technically managed by OSG. To the maximum extent possible, the ships audited shall include an equal sampling of each type and/or class of ship that OSG technically manages (such as VLCC, AFRAMAX, PANAMAX, Product, US Flag, etc.) and an equal sampling of vessels managed by the various OSG management offices. The Third Party Auditor must use the criteria set forth in section VII and is also expected to update the audit requirements based upon the most up-to-date revisions of the EMS. The Third Party Audits may begin no earlier than 15 months prior to the end of the probationary period. Refer to Section IX, "Acquiring Additional Vessels" and "Fleet Acquisitions" for determining the number of vessels technically managed by OSG for the purpose of the Final Audit. If the 25% criteria becomes determinative, OSG may propose alternative auditing methods to the USPO for satisfying these requirements for vessels in excess of 24. Such proposals will be considered by the Government upon a showing by OSG that, despite diligent efforts, the number of vessels involved present practical execution difficulties that justify such consideration.

The Final Audit Report produced by the Third Party Auditor shall be submitted, in both electronic and hard copy form, at least two months before the end of the probationary period to OSG, the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard along with any working papers and correspondence related to the audit. The Third Party Auditor is expected to evaluate whether or not OSG is in full compliance with the requirements of this ECP, the EMS and other marine environmental protection requirements. The Final Audit Report shall contain detailed recommendations to OSG, the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard, suggested improvements that should be made to the EMS, with the goal of adding value to and increasing the effectiveness of the EMS and where necessary bring OSG into complete compliance with this ECP and other marine environmental protection requirements.

In addition to the full compliance recommendation, the Final Audit Report shall contain Detailed Audit Findings, including the basis for each finding and identified areas of concern. Descriptive narratives pertaining to the different audit criteria are expected. When employees are evaluated for a particular topic their names must be provided. Audit documents or checklists that contain