inclusive statements must include detail describing how the inclusive nature is determined. For example, a check list item that states "all crewmembers are aware of OSG environmental policy" must state how that fact is determined. Any corrective measures taken at the time of discovery will be included in each report. Further, the report shall contain information related to the Audit's Administration and identify the following.

- Audit scope, including the time period covered by the audit.
- The date(s) the on-site or ship portion of the audit was conducted.
- Identification of the audit team members and their total number of hours on site or ship.
- Identification of the company representatives and regulatory personnel observing the audit.
- The distribution list for the Final Audit Report.
- Summary of the audit process, including any obstacles encountered.

## X. ENGINEERING REQUIREMENTS

Unless otherwise stated, all of the Engineering Requirements set forth below shall be implemented on covered vessels as soon as practicable, as determined by the Corporate Compliance Manager and not later than one year from the date of the signing of the plea agreement.

### Environmental Tag System

OSG shall implement an Environmental Tag System (ETS) that prevents unauthorized usage or connections within the engine room and machinery spaces. OSG shall install numbered seals to prevent the unauthorized connection to and discharge through piping systems that are or may be connected to the oily bilge system.

The ETS seals shall be non re-usable and uniquely numbered. An ETS log shall be maintained by the Master and Chief Engineer that records each time a seal is affixed or removed, including the date, time, seal number removed, seal number affixed, personnel involved, and reason for any seal removal/replacement.

The Master of the vessel shall retain the replacement environmental tags under his control in a secure location. The Corporate Compliance Manager will be responsible for ensuring fleet wide that no duplication of ETS seal numbers occur and will have a master tracking document indicating which series have been supplied to each vessel. [See Appendix, para. 19].

### Bilge Main Cross - Connections

OSG shall immediately notify all of its vessels regarding the prohibition against using cross connections from engine room bilge mains to the suction piping of larger pumps which may be referred to as the "fire and general service pump" or "fire, bilge and ballast" pump. Their message shall state that the usage of these crossovers is similar to bypassing the OWS equipment

and is strictly prohibited. Cross connections to eductor systems capable of pumping out bilge wastes will also be referenced.

The deck plates above or near the locations of these cross connections and the valves bodies and associated hand wheels shall be painted international orange. A brightly colored sign with three inch letters shall be permanently fixed nearby - "Bilge System Piping Crossover - Emergency Use Only"

To prevent unauthorized usage, OSG shall place ETS tags on these valves. The ETS log shall track anytime a crossover to the bilge main is opened. (If the valves are remotely operated from the engine control room the associated push button must be unable to be used without breaking an Environmental Tag and a suitable sign must be posted near the associated push buttons or switches providing similar restrictive language above as to its use.)

**Emergency Bilge Suctions**

All other bilge suction valves not connected to the bilge main, and independent emergency suctions to the vessel's engine room bilges like those which may be connected to sea water circulating pumps shall be painted brightly and labeled similarly "Emergency Bilge Suction - Emergency Use Only." Their valve wheels will also have a numbered and logged ETS tag capable of breakaway during emergency, testing, and maintenance. ETS tag numbers shall be kept in the Chief Engineer's official ETS log book and explanations given for breakage or replacement.

**Blank Flanges**

To prevent unauthorized connections within the engine room and machinery spaces of OSG vessels, every blank or potentially removable flange associated with any piping leading overboard, on systems such as salt water service, main engine raw water cooling or other systems, shall be permanently secured, removed or fitted with numbered ETS tags through the flange bolts that will break when the bolt is removed to prevent unauthorized connections and discharges. The ETS tags used shall be numbered and records kept in the previously mentioned log.

The blank flange securing the bilge and sludge transfer system shore connection discharge valve at the discharge stations shall also require a numbered Environmental Tag, which will be maintained. ETS tag numbers shall be kept the Chief Engineer's official ETS logbook.

**Bilge Sampling and OWS Performance Analysis**

OSG agrees that, as part of its EAG audits, the EAG auditor will take samples from the Engine Room Bilges, the OWS and the BHT. The purpose of this collection is to capture a sample that adequately represents the common fluids and contaminates that accumulate. No attempt should be made to collect a clean sample only.

The samples shall be forwarded to an appropriate lab selected by the Corporate Compliance Manager at OSG's cost for a content analysis. The analysis of these representative samples will then be provided to the manufacturer of the applicable oily water separator found onboard OSG's vessels.

OSG shall work cooperatively with the manufacturer to verify the equipment's capability to process fluids having this content. OSG may choose to work with the manufacturer in this verification process and also to develop ways to improve the performance of existing equipment or may explore other separation technologies capable of handling the fluid.

**Ship Source Pollution Research and Development Project**

OSG agrees that, to the extent funding is provided, it will assist and make its vessels available as a test platform for prototype equipment testing and other research purposes, provided that the testing or research can be done safely and without delay to the vessels' schedule.

The intellectual property rights from any technology developed by this research project may be allocated by whatever agreement is reached between the research institute and OSG. However, the research partnership shall make all resulting reports publicly available for the benefit of the maritime community.

**Additional OWS / OCM Requirements**

The sample line from the OWS discharge connection to the sample/flush line control valve will be painted a bright color to distinguish it from other tubing and piping in the area. The line must be routed so it is clearly visible to the extent possible for its entire length. No additional connections or tees of any kind may be added to the line.

The end connecting to the OWS discharge pipe may be fitted with a manual valve or petcock, or tamper proof automatic valve. The tube end fittings and the valve handle must be fitted with a numbered seal that will break if the valve is closed, removed, or if the tubing connection nut is loosened. The end nearest the sample/flush line control valve and any tubing in between the control valve and the OCM will be similarly protected to prevent any disassembly of the sensing system.

OSG shall perform testing that ensures the OCM requires a sample flow for normal operation and control. Any OCM that allows the OWS to function normally without sample flow is prohibited unless all valves from the OWS discharge to the sample / flush line control valve are removed. OSG shall ensure that every vessel's OWS is configured and capable of being fully operationally tested in port with the skin valve closed.

OSG shall perform monthly operational tests of the OWS and OCM. The test shall be logged in the vessel's Engine Room Oil Record Book and a report sent to OSG. A consolidated report will be sent to the OCO and the CCM.

OSG shall recalibrate the OCM at least annually. Certificate of calibrations must be retained onboard the vessel.

OSG shall clean the OWS source tank and remove any accumulated oil at least every six months. These activities will be logged in the Oil Record Book.

**Environmental Logging System**

OSG shall develop, test and install an Environmental Logging System which shall be designed to collect the following information with regard to the vessel's oily waste system:

- Overboard valve movement
- OCM indication
- OWS operation
- BHT level
- Incinerator operation
- Incinerator waste oil tank.

[See Appendix, para. 20].

**Polishing Filters**

OSG shall examine the use of Polishing Filters located in the discharge lines of Oily Water Separator equipment. A determination will be made as to the adequacy of the filter flow rate with respect to the capacity of the oily water separators. OSG shall ensure that the Oil Content Monitor will sample the OWS discharge after entire discharge stream is filtered and before control action of the main discharge three-way valve. Placement of filters in the sample line leading to the Oil Content Monitor is prohibited. [See Appendix, para. 21].

**Record Keeping**

All Soundings and Logs required by this section shall be maintained onboard the vessel for a period of three years from the date of the final entry.

**Oil Record Book Entries**

Entries made into the Engine Room Oil Record Book shall be made by the Chief Engineer and each page shall be signed by the vessel's Chief Engineer and Master.



23

**Tank Sounding Record Book**

Vessel personnel shall be required to sound all waste, sludge and bilge tanks, associated with bilge water, and/or oil wastes daily. The Tank Sounding Record Book shall be initialed by the person who obtained the reading. The Tank Soundings Record Book shall be maintained in the engine control room and made available during all inspections and audits required by this agreement. [See Appendix, para. 22].

**Fuel Oil/Lube Oil Purifier Settings and Line Breaks**

OSG shall have a standard system for monitoring fuel oil and lube oil management including the operation of the fuel oil and lube oil purifiers and line or piping failures. OSG shall ensure the hour meters will be installed on the related motor controllers if not currently available. Any incident involving ships receiving poor quality fuel shall be noted. References to appropriate receipts shall be made.

Any extraordinary operations such as the need for frequent draining of fuel oil service and settling tanks, and engine lube oil sump tanks of excessive water, or other problems such as waxing, compatibility, stratification or contamination shall be noted, including shoot settings, and explanations provided for the handling of unburned sludges, oils, oily wastes, and used filters.

If any line or component on a fuel, lube, or waste oil system fails, including high pressure lines on diesel engines, or due to an operational error, a record shall be made and a notation given as to the quantity released and an explanation given as to how the unintended released fluid was handled. Additionally, any unintended releases of quantities of water, salt, fresh, condensate, or cooling shall also be recorded. The most senior engineer involved in any of the circumstances previously described will make the entry and provide his or her signature.

**Oil-to-Sea Interfaces**

OSG shall have a standard system for monitoring equipment having oil-to-sea interfaces. Such interfaces may include oil lubricated stern tubes, bow or ~~stern-thrusters, stabilizers,~~ hydraulically operated controllable pitch propellers, and similar equipment whereby the leakage of a sealing component may cause a loss of operating medium into the surrounding waters of the vessel. Any replenishment of oil into the head tanks, operating systems reservoirs or other receivers associated with this equipment shall be logged regardless of quantity. Ingress of water or drainage of water into or from these systems must also be logged.

When known, an explanation of the loss shall be provided, along with dates and time and signature. Routine stern tube lube oil loss must be logged and reported immediately on each occasion. If any Chief Engineer fails to promptly and accurately report these conditions OSG will investigate and take appropriate action, which may include termination of employment.

**ODME Requirements**

OSG shall install tamper proof connections and fittings, and shall use numbered seals or Environmental Tags on supply lines leading the discharge sample to the monitoring cell of the Oil Discharge and Monitoring Equipment. Such tamper proof connections may be similar to those used on solenoid controlled three-way valves that control fluid flow to Oil Content Monitors on OSG Oily Water Separators. Seals or Environmental Tags shall be provided on strainer covers and additional arrangements shall be made to prevent any connection to clean water sources or other methods to trick the monitoring equipment. If required by the type of unit the ODME shall be recalibrated at least annually.

**Fleet Engineering Survey**

OSG shall survey its shipboard engineers on its vessels at all levels for information on how to make the OWS, OCM, associated systems and waste management processes tamper proof and for methods on reducing or handling waste accumulations within engine rooms, machinery spaces or pump rooms within three months of the implementation of this plan. An assessment requesting the frank opinions of the vessel's engineers into their ability to adequately maintain the vessel systems, equipment and components will be included. The survey will emphasize non-retaliation for open and honest opinions and reports of current non-compliant circumstances. [See Appendix, para. 23].

The Corporate Compliance Manager and his staff shall evaluate the responses and establish a plan to evaluate, test and implement viable tamper-proofing solutions, methods to reduce and handle waste accumulations, cargo slops and address the maintenance concerns suggested by the vessel engineers. A summary of the reported information and corrective actions will be provided to the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard.

**XI. TIME REQUIREMENTS – Submittal of Environmental Management System**

The Defendant shall submit copies, in both electronic and hard copy form, of its Management System to the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard not later than twelve months before the end of the probationary period.

The USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard may provide comments on the EMS within sixty (60) days of receipt unless additional time for review is requested in writing. The Defendant shall submit a written response, as appropriate, within thirty (30) days of receipt of any comments provided. [See Appendix, para. 24].

If the Final Audit Report produced by the Third-Party Auditor recommends substantial revisions to OSG's Environmental Management System the Defendant shall re-submit revised copies, in both electronic and hard copy form, of the System to the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard for review.



25

The USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard may review the system and make a recommendation to the Court as to its acceptance of the Environmental Management System.

## XII. CHANGES IN TECHNICAL MANAGEMENT

The Defendant agrees that it will immediately notify the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard of any change in name, flag of registry, recognized organization, ownership or class society of such covered vessels. The Defendant shall also forthwith provide the names of any additional vessels that, during the period of probation, come under the technical management and/or manning of OSG.

### Acquiring Additional Vessels

When additional vessels come under the technical management or manning of OSG they shall be subject to this ECP.

New Buildings - OSG shall perform a waste stream analysis on each class of new buildings for which it contracts. It shall ensure that there is a balance between the estimated waste stream generated and the capacity of the vessels' disposal equipment to properly dispose of the waste generated.

Additional Vessels – Except in the case of a Fleet Acquisition, when OSG acquires or assumes technical management of additional vessels, it shall perform an audit of the environmental capabilities of each vessel within 60 days of acquisition or assumption of technical management in accordance with the same audit requirements contained in Section VII of this ECP.

Vessels of Less Than 300 Gross Tons - Notwithstanding the above requirements, OSG shall make its best efforts to fully implement this ECP on vessels of less than 300 Gross Tons, but may substitute for unreasonable requirements by retaining all machinery space bilge and other oily wastes on board until landed ashore. OSG shall notify the USPO of any such vessel(s) to which these substitutions apply and of which provisions were not implemented on those vessels. Such required notifications shall be made to the USPO within 60 days of acquisition or assumption of technical management.



26

**Fleet Acquisitions**

For the purpose of this ECP, a "fleet" is defined as 5 or more ships.

If OSG acquires or assumes technical management of a fleet more than 6 months before the end of the probationary period, OSG must perform an Initial Audit as defined in Section VII of this ECP on all ships in the newly acquired fleet. A fleet acquired more than 12 months before the end of the probationary period will be subject to selection for auditing by the Third Party Auditor as any other covered vessel. These ships will also be counted when determining the number of ships technically managed for the purpose of the Final Audit requirement in Section IX, Final Audit, of this ECP.

If a fleet is acquired less than 6 months before the end of the probationary period, OSG must take reasonable measures to ensure as much as is practicable that each ship receive an Initial Audit as defined in Section VII of this ECP. A fleet acquired with less than 12 months prior to the end of the probationary period will not be subject to selection by the Third Party Auditor nor will those ships be counted when determining the number of ships technically managed for purposes of the Final Audit requirements in Section IX, Final Audit, of this ECP. The Defendant shall notify the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard of any fleet acquisition.

OSG agrees that this ECP and its requirements in its entirety shall remain in effect for all of the aforesaid vessels regardless of changes in the vessels' flag of registry, recognized organizations, name, or class society, so long as the vessels are technically managed and/or manned by OSG. The Defendant shall notify the USPO, the Court Appointed Monitor, designated signatory of the Government and designated representative of the Coast Guard before any vessel is released from the requirements of the ECP due to a change in technical management and/or manning.

## XIII. SELF-ENFORCEMENT

OSG further agrees that it will undertake and implement the necessary procedures to ensure that this ECP and the associated requirements in their entirety are diligently complied with by the officers and crew of each of OSG vessel, as well as by all shore side employees, managers and other employees involved with the operation, maintenance or repair of the vessels listed. Among other efforts, OSG shall establish internal auditing procedures using the criteria established in this ECP. [See Appendix, para. 4].

## XIV. SCHEDULE

The requirements of this ECP, including the dates and periods mentioned herein, shall be strictly complied with by OSG. Should OSG be unable to comply with any of the deadlines, OSG shall immediately notify the USPO, the Court Appointed Monitor, the designated signatory of the Government and the designated representative of the Coast Guard.



27

## XV. REPORTS AND COMMUNICATIONS

For purposes of this Agreement, the "designated signatory of the Government" shall mean the undersigned representatives of the United States Attorney's Office for the District of Massachusetts and the Environmental Crimes Section of the United States Department of Justice, the "USPO" shall mean the United States Probation Office for the District of Massachusetts, and the designated representative of the Coast Guard shall mean Assistant Commandant for Operations, Office of Vessel Activities (G-3PCV).

## XVI. ACKNOWLEDGEMENT

The Defendant has read this ECP carefully and understands it thoroughly. The Defendant enters into this ECP knowingly and voluntarily, and agrees to abide by its terms. By their signatures below, the corporate representatives agree that they are duly authorized by OSG's Board of Directors pursuant to the same notarized legal documents filed in the United States District Court for the District of Massachusetts in United States v. Overseas Shipholding Group, Inc. certifying that OSG is authorized to enter into and comply with all of the provisions of this Plea Agreement.

AGREED TO AND
RESPECTFULLY SUBMITTED,

SUE ELLEN WOOLDRIDGE
ASSISTANT ATTORNEY GENERAL
ENVR. & NAT. RESOURCES DIV.
U.S. DEPARTMENT OF JUSTICE

Date: ____________ BY: ______________________________
GREGORY F. LINSIN
SPECIAL LITIGATION COUNSEL
ENVIRONMENTAL CRIMES SECTION

Date: ____________ BY: ______________________________
RICHARD A. UDELL
SENIOR TRIAL ATTORNEY
ENVIRONMENTAL CRIMES SECTION

Date: ____________ BY: ______________________________
LANA N. PETTUS
SENIOR TRIAL ATTORNEY
ENVIRONMENTAL CRIMES SECTION



28

Date: __________ BY: ______________________________
JOSEPH A. POUX
TRIAL ATTORNEY
ENVIRONMENTAL CRIMES SECTION

Date: __________ BY: ______________________________
MALINDA R. LAWRENCE
TRIAL ATTORNEY
ENVIRONMENTAL CRIMES SECTION

GEORGE S. CARDONA
ACTING UNITED STATES ATTORNEY
CENTRAL DISTRICT OF CALIFORNIA

Date: __________ BY: ______________________________
THOMAS P. O'BRIEN
CHIEF, CRIMINAL DIVISION

Date: __________ BY: ______________________________
JOSEPH O. JOHNS
CHIEF, ENVIRONMENTAL CRIMES SECTION

Date: __________ BY: ______________________________
DOROTHY C. KIM
ASSISTANT U.S. ATTORNEY

KEVIN V. RYAN
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF CALIFORNIA

Date: __________ BY: ______________________________
STACEY GEIS
ASSISTANT U.S. ATTORNEY

PAULA D. SILSBY
UNITED STATES ATTORNEY
DISTRICT OF MAINE

Date: __________ BY: ______________________________
JONATHAN R. CHAPMAN
CRIMINAL CHIEF



29

Date: ___________ BY: ______________________________
RICHARD W. MURPHY
ASSISTANT U.S. ATTORNEY

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

Date: ___________ BY: ______________________________
JONATHAN F. MITCHELL
ASSISTANT U.S. ATTORNEY

GEORGE E. B. HOLDING
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NORTH CAROLINA

Date: ___________ BY: ______________________________
BANUMATHI RANGARAJAN
ASSISTANT U.S. ATTORNEY

MATTHEW D. ORWIG
UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

Date: ___________ BY: ______________________________
ARNOLD A. SPENCER
CRIMINAL CHIEF

Date: ___________ BY: ______________________________
JOSEPH R. BATTE
ASSISTANT U.S. ATTORNEY

Date: ___________ BY: ______________________________
JOHN M. BALES
ASSISTANT U.S. ATTORNEY

OVERSEAS SHIPHOLDING GROUP, INC.

Date: 12/15/06 BY: Captain Robert Johnston
CAPTAIN ROBERT JOHNSTON by [illegible]
SENIOR VICE PRESIDENT &
HEAD OF SHIPPING OPERATIONS

Date: 12/15/06 BY: James I. Edelson
JAMES I. EDELSON by [illegible]
GENERAL COUNSEL AND SECRETARY

Date: 12/15/06 BY: Judson W. Starr
JUDSON W. STARR
COUNSEL FOR OVERSEAS SHIPHOLDING
GROUP, INC.



31

**Attachment 1**

**List of vessels covered by this agreement.**

## OSG Ship Management, Inc.

1. OVERSEAS GALENA BAY
2. OVERSEAS JOYCE
3. OVERSEAS MARILYN
4. OVERSEAS NEW ORLEANS
5. OVERSEAS PHILADELPHIA
6. OVERSEAS PUGET SOUND

## OSG Ship Management (UK) Ltd.

1. BERYL
2. PACIFIC RUBY
3. OVERSEAS ELIANE
4. OVERSEAS FRAN
5. OVERSEAS JOSEFA CAMEJO
6. OVERSEAS PORTLAND
7. CABO HELLAS
8. CABO SOUNION
9. OVERSEAS CLELIAMAR
10. OVERSEAS GOLDMAR
11. OVERSEAS JADEMAR
12. OVERSEAS PEARLMAR
13. OVERSEAS POLYS
14. OVERSEAS REYMAR
15. OVERSEAS ROSEMAR
16. OVERSEAS RUBYMAR
17. OVERSEAS SILVERMAR
18. EQUATORIAL LION
19. OVERSEAS CROWN
20. OVERSEAS DONNA
21. OVERSEAS MULAN
22. OVERSEAS ROSALYN
23. RAPHAEL
24. SOVEREIGN UNITY
25. TANABE
26. T.I. AFRICA
27. T.I. OCEANIA

## OSG Ship Management (Canada) Inc.

1. OVERSEAS SHIRLEY



32

## Tanker Management Ltd,

1. ANIA
2. OVERSEAS ANN
3. OVERSEAS CATHY
4. OVERSEAS CHRIS
5. OVERSEAS SOPHIE
6. OVERSEAS CROWN
7. REBECCA
8. REGAL UNITY

## OSG Ship Management (GR) Ltd.

1. OVERSEAS ALMAR
2. OVERSEAS ATHENS
3. OVERSEAS COLMAR
4. OVERSEAS DELPHINA
5. OVERSEAS ERMAR
6. OVERSEAS LIMAR
7. OVERSEAS NEDIMAR
8. OVERSEAS NEPTUNE
9. OVERSEAS RIMAR
10. OVERSEAS VEGA
11. OVERSEAS URANUS
12. OVERSEAS AMBERMAR
13. OVERSEAS AQUAMAR
14. OVERSEAS CAMAR
15. OVERSEAS JACAMAR
16. OVERSEAS JAMAR
17. OVERSEAS LUXMAR
18. OVERSEAS MAREMAR
19. OVERSEAS PETROMAR
20. OVERSEAS REGINAMAR
21. OVERSEAS REINEMAR
22. OVERSEAS TAKAMAR
23. OVERSEAS ALCESMAR
24. OVERSEAS ALCMAR
25. OVERSEAS ALLENMAR
26. OVERSEAS ANDROMAR
27. OVERSEAS ANTIGMAR
28. OVERSEAS ARIADMAR
29. OVERSEAS ATALMAR
30. OVERSEAS CAPEMAR
31. OVERSEAS FULMAR
32. OVERSEAS PRIMAR



33

# Maritrans Operating Company, LP

**Ships**

1. DILIGENCE
2. INTEGRITY
3. ALLEGIANCE
4. PERSEVERANCE

**Tug/Barges**

1. COLUMBIA/M242
2. CONSTITUTION/M400
3. ENTERPRISE/M209
4. FREEDOM/M192
5. HONOR/M214
6. INDEPENDENCE/M211
7. INTREPID/M254
8. LIBERTY/M300
9. NAVIGATOR/M252
10. SEAFARER/M244
11. SEA SWIFT/M215

**ATTACHMENT 2**
**Management System**

OSG has attained ISO 14001 certification for each of its offices that are engaged in the technical management of vessels. The Corporate Compliance Manager shall be responsible for maintaining the Management System certified to ISO 14001/2004 standards and which addresses the following elements:

**Environmental Policy**

The EMS should be based upon a documented and clearly communicated policy. This policy should set out OSG's commitment towards a cleaner marine environment. It should include:

- provision for compliance with environmental requirements;
- commitment to continuous improvement in environmental performance, including those areas required by this ECP;
- commitment to pollution prevention that emphasizes source reduction, to include funding and human resources necessary to effectively maintain and repair the systems, equipment and components found in machinery spaces of vessels;
- commitment to continuous reduction of environmental risks;
- commitment to sharing information with external stakeholders on environmental performance.

**Environmental Requirements and Voluntary Undertakings**

The EMS must provide a means to identify, explain and communicate all environmental requirements and voluntary undertakings to all employees and to all vendors, technicians, and other non-crewmembers whose work could affect OSG's ability to meet those requirements and undertakings.

Environmental requirements include statutes, regulations, permits, and agreements such as this ECP. Voluntary undertakings include the adaptations of additional best practices or industry norms that OSG may choose to adopt.

The EMS must include procedures for ensuring that the organization meets these environmental requirements, voluntary undertakings and the additional requirements of this ECP. The EMS must also specify procedures for anticipating changes to environmental requirements including new requirements that may apply as a result of changes in operations and incorporating these changes into the EMS.

**Objectives and Targets**

The EMS will establish specific objectives and targets for:



35

- achieving and maintaining compliance with all marine environmental protection requirements and the requirements of this ECP;
- environmental performance demonstrating continuous improvement in regulated and non-regulated areas;
- pollution prevention that emphasizes source reduction with respect to engine room, machinery space waste streams and effective management of cargo related wastes; and
- sharing information with external stakeholders on environmental performance against all EMS objectives and targets.

The EMS must establish appropriate time frames to meet these objectives and targets. These must be documented and updated as environmental requirements change or as modifications occur in activities and structures within organizations in a manner that affects environmental performance or as a result of recommendations made by the Third Party Auditor.

**Structure, Responsibility and Resources**

OSG will ensure that it has sufficient personnel and other resources to meet its objectives and targets. The EMS will describe in detail the procedures and steps for achieving those objectives and targets. The EMS will define the compliance roles and responsibilities of all vessel and shoreside personnel involved with the operation, maintenance, and repair of OSG's vessels, and will indicate how they and other corporate personnel will be held accountable for achieving and maintaining compliance with this EMS, the requirements of the ECP, and other marine environmental protection requirements. Additionally, it will describe how environmental performance and compliance information will be communicated to all vendors, technicians, and other non-crewmembers onboard OSG's vessels. The EMS will also establish procedures for receiving and addressing concerns raised by these personnel regarding environmental performance and compliance.

**Operational Control**

The EMS will identify and provide for the planning and management of all OSG operations and activities with a view to achieving the EMS objectives and targets. For example, vessel deck department, pump room, engine room and machinery space maintenance and repair will be an important aspect in achieving and maintaining compliance and enhancing environmental performance.

**Corrective and Preventive Action and Emergency Procedures**

OSG through its EMS, will establish and maintain documented procedures for preventing, detecting, investigating, promptly initiating corrective action, and reporting (both internally and externally), any occurrence that may affect the organization's ability to achieve the EMS objectives and targets.

Such measures must focus particular attention on incidents that may have an effect on compliance with environmental requirements as well as on environmental performance in regulated and non-regulated areas, including requirements of this EMS, the ECP or other marine

environmental protection requirements. Examples of such situations include incinerator or oily water separator malfunctions, overflows of tanks within machinery spaces, fuel oil, lube oil, saltwater line failures, operator errors and other accidental releases.

The EMS must also establish documented procedures for mitigating any adverse impacts on the environment that may be associated with accidents or emergency situations and for ensuring that similar incidents are avoided. The EMS must include procedures for tracking any preventive and corrective actions that are taken. If the environmental violation or incident resulted from a weakness in the system, the EMS should be updated and refined to minimize the likelihood of such problems recurring in the future. The EMS should also, to the extent possible, provide for the testing and evaluation of emergency procedures.

**Training, Awareness and Competence**

The EMS must establish procedures to ensure that all personnel (including vendors, technicians, and other non-crewmembers) whose job responsibilities affect the ability to achieve the EMS objectives and targets, have been trained and are capable of carrying out these responsibilities. In particular, the training should highlight means to enhance the ability of such personnel to ensure compliance with environmental requirements and voluntary undertakings, the requirements of the ECP and other marine environmental protection requirements. Additional training requirements are provided in attachment 3.

**Organizational Decision-making and Planning**

The EMS must describe how these various Management System elements will be integrated into the organization's overall decision-making and planning, in particular, decisions on capital improvements, training programs, and vessel operations, maintenance and repair activities. Specific information shall be provided relating to the additional resources and oversight required of older vessels within its fleet.

**Document Control**

The EMS must establish procedures to ensure maintenance of appropriate documentation relating to its objectives and targets and should also ensure that those records will be adequate for subsequent evaluation and improvement of the operation of the EMS. Additionally it will document the organization's state of compliance with marine environmental protection requirements and the requirements of the ECP. All records will be maintained and made available to the Third Party Auditor, and Port and Flag State Personnel.

**Continuous Evaluation and Improvement**

The EMS must include methods to perform periodic, documented and objective auditing of the organization's performance in achieving these objectives and targets and on how well the EMS assists the organization in achieving those objectives and targets. This requirement is independent from the auditing requirements detailed elsewhere in this plan. The goal of these internal audits and reviews will be to allow management to continuously monitor and access

vessel systems, equipment and components, and the ability and proficiency at which vessel crewmembers and personnel ashore comply to the policies and procedures established by this EMS.

**Additionally the EMS:**

Will identify an ongoing process for assessing operations for the purposes of preventing and controlling or minimizing waste stream development and releases, ensuring environmental protection, and maintaining compliance with a primary emphasis on vessel engine room and machinery space systems, equipment and components and any shipboard systems having oil-to-sea interfaces. Includes criteria for when a vessel is to be taken out of service for an environmental discharge related repair such as when caused by leaking stern tubes, thrusters or other equipment.

Will include organization charts, as appropriate, that identify shore side and vessel individuals having environmental performance, risk reduction, and regulatory compliance responsibilities. Specifies responsibilities of Port Captains, Port Engineers, and Engineering Superintendents to report information related to environmental releases or inadequate performance of environmental pollution protection equipment, system casualties resulting in internal spills, excessive waste development and leaking equipment with oil-to-sea interfaces.

Will promote non-retaliatory practices and ensure that employees are not punished or otherwise suffer negative consequences for reporting violations of environmental laws, regulations, or policies. Also describes potential consequences for departure from specified operating policies procedures, including possible termination of employment; and liability for criminal/civil/administrative penalties as a result of noncompliance.

Makes employee compliance with environmental policies of the ECP, the MS and other marine environmental protection requirements a positive factor, and failure to comply a negative factor in all evaluations undertaken for the performance of all its employees.

Will include policies against any incentive or bonus programs based on minimizing operational costs associated with the operation, maintenance and repair of machinery space systems, equipment and components without ensuring that efficiency and performance are maintained. The intent of this policy is to ensure that employees do not avoid such costs and thereby sacrifice environmental compliance.

Will describe a confidential non-compliance reporting system that is adopted to ensure that employees may quickly and confidentially report discharges, spills, environmental incidents and other environmental performance data.

Will identify all operations and activities where documented standard operating practices (SOPs) are needed to prevent potential violations or unplanned waste stream releases, with a primary emphasis on vessel engine room and machinery space operations, systems, equipment and components. Includes the development of SOPs and the manuals described in Attachment 4.



38

Will identify the types of records developed and maintained in support of the ECP and the EMS such as reports, audit working papers, correspondence, communications, reports from the confidential system for non-compliance reporting, and identify personnel responsible for their maintenance, and procedures for responding to inquiries and requests for release of information. Provides a system for conducting and documenting routine, objective, self-inspections by OSG internal auditors, supervisors and trained staff to check for malfunctions, deterioration, and inadequate maintenance of pollution prevention equipment, worker adherence to SOPs, unusual situations, and unauthorized releases.



39

## Attachment 3

## EMPLOYEE TRAINING PROGRAM

The Corporate Compliance Manager will be responsible for ensuring there are training programs in place to educate and train OSG vessel and shore side employees associated with the operation and management of its vessels. The Corporate Compliance Manager has named a Group Training Manager who ensures that the requirements of this section are met. [See Appendix, para. 10].

Training shall occur for all such employees by qualified instructors at a training facility, which may include Computer Based Training on a ship or office before an employee assumes his or her duties. The training shall consist of pertinent sections of this ECP, the EMS, and existing marine environmental protection requirements. The training shall include shipboard-related technical and practical information associated with pollution prevention and the operation, maintenance and repair of pollution prevention equipment and systems and be appropriate for the work responsibilities and department in which an employee works. The training must include discussion of the consequences to the defendant and its employees for failure to comply with the requirements of this ECP, EMS and existing marine environmental protection requirements. Annual refresher training for all such employees must be performed by qualified instructors, and may be performed onboard ship by Computer Based Training.

Where possible a basic initial training program shall be provided to vessel employees currently onboard vessels in an effort to promptly mitigate pollution risk and ensure environmental protection. However, such employees must receive the shore side training prior to returning to a vessel on a new contract.

The Group Training Manager will maintain a catalog that provides an overview of the training courses; identifies the person responsible for delivering the training; and establishes a tracking system to monitor the type, frequency and successful completion of training.

Additionally the training shall include instruction regarding:

- Corporate environmental compliance structure including the Corporate Compliance Manager and contact information.
- Comprehensive overview of this ECP, the EMS and other marine environmental protection requirements.
- Sanctions and consequences for violations such as remedial training, suspension, termination, and civil and criminal liability.
- The reporting system used to report non-compliance.
- Pollution prevention and minimization programs specifically as it relates to steward, deck, and engine department procedures and operations.
- All requirements set forth in the Engineering section of this ECP.
- Position specific training in the operation, maintenance and repair of oily water separators, incinerators, oil content discharge monitoring equipment and other pollution prevention equipment.

- Procedures for solid and hazardous waste segregation, storage and disposal and reporting of releases.
- All other shipboard environmental protection related procedures examined and described in the Section VII of this ECP.

# ATTACHMENT 4

## The Management System shall include:

### Bilge Water and Sludge Management

- Describes OSG policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for shipboard environmental compliance.
- Describes applicable ECP and EMS requirements, domestic and international laws, regulations and standards (including applicable portions of the United States Code of Federal Regulations ("CFR"), other pertinent pollution laws and regulations, MARPOL regulations, and standards).
- Describes reporting requirements (including internal and external reporting requirements relating to spills and discharges).
- Contains a general overview of the engineering requirements of this ECP and includes bilge, oily wastes, sludge systems equipment and components that also includes manuals for incineration, separation and monitoring equipment and system schematics. Includes routine, daily and preventative maintenance and the identification and required inventory of all critical spare parts.
- Describes fundamentals and maritime practices of waste stream minimization including, engine room housekeeping, minimization of bilge loads and leakages, use of proper cleaning chemicals, and prevention of sewage and black water spills into bilge tanks in accordance with the requirements of this ECP the EMS and other marine environmental protection requirements.
- Describes system operation and procedures for usage of all associated bilge management equipment, the sealing and securing of associated valves, offloading procedures and necessary operational checklists.
- Describes record keeping of Oil Record Books that includes items to be recorded, as required by MARPOL and record keeping requirements of additional logs described in the Engineering section of this agreement.
- Describes sanctions and consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, remedial training, possible suspension or termination of employment, and civil and criminal liability.
- Describes processes associated with the sealing and locking program for system crossover and connection valves where bilge systems tie into ballast, general service and other pumping or eduction systems, and the processes for sealing

other identified connections and other systems capable of bilge removal with the use of the OWS.

**Oil Discharge Monitoring Equipment**

- Describes OSG policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for shipboard environmental compliance.

- Describes applicable ECP and EMS requirements, domestic and international laws, regulations and standards (including applicable portions of the United States Code of Federal Regulations ("CFR"), other pertinent pollution laws and regulations, MARPOL regulations, and standards).

- Describes reporting requirements (including internal and external reporting requirements relating to spills and discharges).

- Contains a general overview of the Oil Discharge Monitoring Equipment and includes respective manuals and schematics. Includes routine, daily and preventative maintenance requirements and the identification and required inventory of all critical spare parts.

- Describes fundamentals cargo slop and ballast water management in accordance with the requirements of this ECP the EMS and other marine environmental protection requirements.

- .Describes system operation and procedures for usage of all associated equipment, the sealing and securing of associated valves, off-loading procedures and necessary operational checklists.

- Describes record keeping requirements.

- Describes sanctions and consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, remedial training, possible suspension or termination of employment, and civil and criminal liability.

- Describes processes associated with the sealing and locking program for system crossovers, connections, and other fittings that may be manipulated to supply clean water to the equipment for tricking purposes or cause to the device to fail to accurately monitor the discharge.

**Sewage Treatment**

- Describes OSG's policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for environmental compliance.



43

- Describes applicable ECP and the EMS requirements, domestic and international laws, regulations and standards which includes applicable portions of the CFR, other pertinent pollution laws and regulations, MARPOL regulations, and standards.
- Describes internal and external reporting requirements relating to discharges.
- Describes general overview of system including the basic and general functions of sewage systems and equipment, including system schematics.
- Describes fundamentals and maritime practices of sewage system management in accordance with the requirements of MARPOL 73/78 and the ECP.
- Describes system operation and procedures including the standard operating procedures for usage of all sewage equipment and systems, and operational checklists.
- Describes maintenance of sewage system equipment, including routine, daily and preventative maintenance, record-keeping, and the identification and required inventory of critical spare parts.
- Describes sanctions and consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, including remedial training, possible suspension or termination of employment, and civil and criminal liability.

**Hazardous and Solid Waste Management**

- Describes OSG's policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for environmental compliance.
- Describes applicable ECP requirements, domestic and international laws, regulations and standards, including applicable portions of the C.F.R., other pertinent pollution laws and regulations, MARPOL regulations, and standards.
- Describes internal and external reporting requirements for tracking and disposal of covered wastes.
- Describes systems used to control, treat and dispose of specific wastes, including system schematics, where appropriate.
- Describes fundamentals and maritime practices of waste minimization that includes discharge procedures in accordance with the requirements of MARPOL 73/78 and the ECP.

- Describes the system operation and procedures, including standard operating procedures for usage of hazardous waste management systems, off-loading procedures, and operational checklists.

- Describes procedures for completing required discharge receipts and other entries.

- Describes routine, daily and preventative maintenance, record-keeping, and the identification and required inventory of critical spare parts.

- Describes sanctions and consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, to include remedial training, possible suspension or termination of employment, and civil and criminal liability.

The following documentation and reference material will be readily on board:

- Regulatory References
- System Schematics (where applicable)
- Tank Tables
- Tank Arrangements
- Holding Capacities
- Critical Spare Parts List
- MSDS of Chemicals used in the Engine Room
- List of Regulated Wastes
- Discharge Restrictions List
- Forms
- List of Sealed Valves
- List of Locked valves

# APPENDIX

Numerous requirements are placed on OSG throughout this ECP. This Appendix is intended to annotate and list those areas of the ECP that OSG has already satisfied in whole or in part.

1. The Ulysses centralized computer system and software, readily accessible by the crews, that OSG has implemented satisfies the requirements in Section I, "Applicability and Purpose," paragraph 8, that during the probationary period, a copy of the ECP and EMS must be kept at all times in the quarters of the Master and Chief Engineer, as well as in the engine control room and on the bridge.

2. OSG has proposed, and the Government accepts, OSG's designation of the Head of Shipping Operations to serve as the CCM.

3. In December 2005, OSG designated an OCO and implemented a system that satisfies the requirements set forth in Section II of the ECP.

4. In December 2005, OSG chartered an Operational Integrity Department that satisfies the requirement in Section XIII, "Self-Enforcement," of this ECP and meets the requirement of an OI department in Section II.

5. The term Environmental Management System (EMS) is used throughout this ECP. OSG continues to implement the requirements of an EMS by integrating EMS components into their existing comprehensive Management System (MS). The Government has agreed that OSG may continue to implement the EMS required by this ECP in this manner. The OSG MS has been reviewed by the Government and satisfies the EMS requirement in Section II

6. OSG has an already established Open Reporting System that meets the requirements set forth in Section II.

7. OSG has removed environmental management and maintenance budgeting from the operational budget of individual ships. The Head of Shipping Operations at OSG manages the environmental budget for the fleet. This has eliminated the incentive of personnel onboard the ship to "save money" since the actual costs of the environmental equipment maintenance and repair flow from a completely separate funding stream that is neither managed by the ship nor is the ship responsible for those costs. OSG has fulfilled the budget methodology mandate required in Section II, "Corporate Accountability," paragraph. 3.



46

8. OSG has fulfilled the requirement for Full Company Wide Cooperation in Section II for the first quarter of 2006 by means of a DVD produced in April 2006 and shown during a Fleet Wide Environmental Stand Down.

9. OSG may fulfill the mandate in Section II, "Full Company-Wide Cooperation," paragraph 4, requirement of training new employees, or hires, on the importance of environmental policy compliance, including the accuracy of measurements and records, through the use of signed "Crew Joining Forms."

10. Beginning in 2004, OSG has required all Masters and engineering officers to attend the "Bilge Water and Waste Oil Operational Management Course" at the Norwegian Training Center in Manila, The Philippines. Such courses may be used to train shipboard and shore side employees provided the content of such training meets the requirements of Attachment 3.

11. Through the implementation and use of the Envirologger and standardized Tank Sounding Record Books, OSG has fulfilled the mandate required in Section II, "Full Company-Wide Cooperation," final paragraph.

12. The Envirologger provides a secondary method to ensure the accuracy of certain engine room measurements and records.

13. OSG is implementing the NS-5 system that is designed to track onboard inventory, provide varying levels of urgency for reordering spare parts and identifying critical pieces of equipment on board the ship. When implemented, this system may be used to satisfy the mandate of maintaining a centralized system as required in the last two paragraphs of Section V, "Shoreside Personnel in Any Capacity."

14. OSG will conduct audits which are to be performed by the EAG and the Third Party Auditor pursuant to the procedures and time frames set forth in Sections VII, VIII, and IX of this ECP. Auditing will be conducted by the External Audit Group (EAG), the Third Party Auditor and the Operational Integrity Department (OID). An evaluation of deck department pollution prevention procedures for the various aspects of vessel deck department operations shall be included.

15. The Initial Audits mandated by Section VII have been satisfied by the OI Department and EAG audits that have been previously conducted by and on behalf of OSG. The Government recognizes that OSG has conducted numerous audits under its current MS and other internal policies. As a result, the Government accepts the previously conducted audits as satisfying the requirements for an initial audit.

16. The initial audits identified several areas of concern and deficiency. OSG has implemented a system to follow up on those areas of concern:

   a. All observations of the OI Department are reviewed and sent to the vessels management office for action

b. The management office has 7 days to answer the observation or request an extension of time.

c. All observations are closed by the OI department after appropriate documentation is received

17. The Government expressly approves the use of ABS Consulting as the EAG for this ECP.

18. The Government has reviewed the EAG Audits of technical management offices and vessels that commenced in June 2006, and approves these audits as counting toward compliance with the audit requirements for the first year of the probation period. These EAG Audits shall also count toward compliance with the ongoing audit requirements during the entire probation period.

19. OSG implemented in 2002/2003 an "Envirotag System" that satisfies the requirements in Section X, "Environmental Tag System," of this ECP.

20. In 2003, OSG developed, tested and installed Envirologger systems that satisfy the requirements in Section X, "Environmental Logging System," (ELS) of this ECP.

a. The entire OSG fleet has been fitted with or will be fitted with Envirologgers. These devices print out the above information described in Section X, "Engineering Requirements," on tapes which may be examined during audits. OSG is currently experimenting with Envirologgers with a capacity for "direct electronic messaging," i.e., they can automatically upload this information electronically to a desired site. This data could then be audited as appropriate. OSG considers this to be a much more efficient and workable system than daily manual data transfer and data entry.

b. OSG is continually improving its Envirologgers. New Envirologgers now being installed have a lock box on the sample line and flush line. Envirologgers already installed are being retrofitted with the lock box.

i. OSG agrees to work with the Government in continuing to improve the Envirologger. In spirit with OSG's "Do it Right" philosophy OSG agrees to modify, with cooperation from class as necessary, Envirologgers used throughout its fleet, to the extent that technical capabilities allow in accordance with the following work plan:

1. Install Envirologgers on all ships

2. Modify ships that have been fitted with the original Envirologgers with a "lock box"

3. Work on/debug/implement the "direct electronic messaging" system

4. Improve Envirologger printouts and associated terminology to improve readability and understanding of the operation of the monitored components and auditing.

ii. When the above four current projects are completed OSG will commence investigating the following Envirologger improvements:

1. For oily water separators which normally operate under a vacuum, the ELS shall capture and record the OWS pump start and stop times in addition to flow established by the main discharge three-way control valve. Square root extractors, pressure sensing devices, or other flow sensing devices will be fitted to both the overboard and recirculation line after the three –way valve and provide digital signals to the ELS indicating flow in a specific direction, overboard or recirculate.

2. For oily water separators which normally operate under pressure, the ELS shall capture and record the supply pump start and stop times, inlet flow to the separator and flow established by the main discharge three-way control valve. Square root extractors, pressure sensing devices, or other flow sensing devices will be fitted as near as possible to the main inlet of the oily water separator and at in the overboard and recirculation lines after the three-way valve and provide digital signals to the ELS indicating flow into the separator and at its outlet in a specific direction, overboard or recirculate.

3. ELS functionality whereby flow is fluid line to the Oil Content Monitor is interpreted and documented as "OWS in operation" will be discontinued but may be used for other purposes.

4. OSG agrees to consider modifying the ELS to include sludge pump, transfer pump, and bilge pump start and stop times, in addition to providing an indication of from where and to where specific fluids are being transferred.

21. OSG has installed polishing filters on its technically managed vessels. These filters satisfy the requirement of Polishing Filters found in section X.

22. OSG has implemented the requirements for the use of Tank Sounding Record Books on all vessels listed in Attachment 1. This meets the requirement of Section X.

23. In Fall 2005, OSG conducted an engineering survey of its fleet of vessels through use of a comprehensive questionnaire that meets the requirements for a Fleet Engineering Survey in Section X for the vessels listed in Attachment 1.

24. OSG has submitted an electronic copy of its MS to the Government according to the mandate in Section XI, "Time Requirement – Submittal of Environmental Management System," of this ECP. It has been reviewed and all comments have been accepted. This satisfies the requirement to submit an EMS in Section XI.