# EXHIBIT G

TradeWinds.no weekly quicksearch
ABS SETTING STANDARDS OF EXCELLENCE








# Citigroup analyst pours cold water on US Shipping ambitions

New Jersey-based US Shipping Partners (USS) has seen more doubts cast on its campaign to become the main challenger to Overseas Shipholding Group in the Jones Act tanker market.

Investment bank Citigroup expressed serious misgivings this week about USS's business plan in downgrading the stock to a "sell" and slashing its 12-month target price to $14 from $26.

Citigroup analyst John Tysseland focusses on Master Limited Partnerships (MLPs), a particular public-company structure that generally minimises investor risk with the help of dependable long-term revenue streams.

But Tysseland now labels USS "high risk" and seems to have issues with everything from its earnings in the current quarter to its ambitious plan for $1bn in products-tanker newbuildings at San Diego's National Steel&Shipbuilding Co (Nassco).

The criticism, which includes cuts in earnings estimates over the next 10 quarters, is painful because USS is not followed by a large group of analysts. Its shares fell nearly 4% after the report.

"In our opinion, there are significant risks that investors should consider before investing in USS despite the partnership's seemingly attractive yield of 9.5%," Tysseland wrote.

"In our view, the partnership's current distribution could be in jeopardy if USS is not able to achieve a number of initiatives that include securing additional financing and obtaining attractive long-term contracts for vessels currently being constructed."

For that reason, Citigroup has stopped valuing USS shares based on yield, switching to an asset-based method that reflects value of no more than $14 per share.

Paul Gridley-led USS did not immediately respond to a call for comment. The company has big plans including a major part in the nine-tanker Nassco project, construction of five articulated tug barges (ATBs) for its own account and the potential conversion of six existing integrated tug barges (ITBs) to double skins.

But USS has already struggled with its financing, raising only $100m of a hoped-for $200m through a bonds offering and paying a high 13% interest in the bargain. It also coughed up a costly 350 basis points over Libor to secure a new $350m credit package.

Financiers considered the company risky, which is largely the point made by Citigroup. In the very short term, USS's earnings will immediately feel the effect of the higher cost of capital combined with scheduled dry dockings. Citigroup estimates USS will earn only $0.10 per share for the third quarter against consensus estimates of $0.25, and then $0.00, in the fourth quarter.

USS will continue to feel the strain of its higher capital costs moving into 2007 and will need to dip into the credit facility to keep paying both dry-dock costs and its normal distribution to holders of the MLP units, Tysseland suggests. Problems will multiply if USS is not able to successfully execute the planned sale-leaseback of its first ATB newbuilding, set for delivery in the first quarter of 2007 but dogged by earlier delays.

With a successful sale-leaseback, USS will have a 6.8 ratio of debt to pre-tax earnings. Without one, the ratio balloons to between 7.5 times and eight times earnings before interest, taxes, depreciation and amortisation (Ebitda).

faststream the shipping recruitment
LNG careers fair









"Without a successful sale-leaseback of the first ATB, we believe it is unlikely [USS] will be able to pay distributions to unit holders, given this amount of leverage," Tysseland wrote.

While USS has indicated a willingness to convert six single-hull ITBs in its current fleet to double skins, Citigroup assumes for its modelling purposes this will not happen and that the units will be retired at their OPA 90 phase-out dates between 2012 and 2014.

***By Joe Brady Stamford***

# EXHIBIT H

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended March 31, 2007

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from ______ to _____

Commission file number 001-32326

**U.S. SHIPPING PARTNERS L.P.**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-1447743** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**399 Thornall St., 8th Floor**
**Edison, NJ 08837**
(Address of principal executive offices)
(Zip Code)

**(732) 635-1500**
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of accelerated filer and large accelerated filer in Rule 12b-2 of the Exchange Act). (Check one):

Large accelerated filer ☐ Accelerated filer ☒ Non-accelerated filer ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐ No ☒

The number of common units outstanding of the registrant's common units as of April 30, 2007 was 11,341,548 (including 8,000 restricted common units). At that date, 6,899,968 subordinated units were also outstanding.

**U.S. SHIPPING PARTNERS L.P.**
**FORM 10-Q FOR THE QUARTER ENDED MARCH 31, 2007**
**TABLE OF CONTENTS**


| | | Page No. |
|---|---|---|
| | **PART I—FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements | 1 |
| | Unaudited Condensed Consolidated Balance Sheets as of March 31, 2007 and December 31, 2006 | 1 |
| | Unaudited Condensed Consolidated Statements of Operations and Comprehensive Income for the three-month periods ended March 31, 2007 and 2006 | 2 |
| | Unaudited Condensed Consolidated Statement of Changes in Partners' Capital for the three-month period ended March 31, 2007 | 3 |
| | Unaudited Condensed Consolidated Statements of Cash Flows for the three-month periods ended March 31, 2007 and 2006 | 4 |
| | Notes to Unaudited Condensed Consolidated Financial Statements | 5 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 17 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 26 |
| Item 4. | Controls and Procedures | 27 |
| | **PART II—OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 29 |
| Item 1A. | Risk Factors | 29 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 30 |
| Item 3. | Defaults Upon Senior Securities | 30 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 30 |
| Item 5. | Other Information | 30 |
| Item 6. | Exhibits | 31 |
| SIGNATURES | | 32 |


In this report, unless the context otherwise requires, the terms "we," "us," "our," and "the Partnership" refer to U.S. Shipping Partners L.P., a Delaware limited partnership, and its subsidiaries.

# PART I—FINANCIAL INFORMATION

**ITEM 1.** ***Financial Statements***

**U.S. Shipping Partners L.P.**
**Unaudited Condensed Consolidated Balance Sheets**
**March 31, 2007 and December 31, 2006**
**(in thousands)**

| | March 31, 2007 | December 31, 2006 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and equivalents | $ 2,476 | $ 2,686 |
| Current portion of restricted cash and equivalents | 101,284 | 80,588 |
| Accounts receivable, net | 12,032 | 10,520 |
| Prepaid expenses and other current assets | 5,464 | 5,604 |
| Total current assets | 121,256 | 99,398 |
| Restricted cash and equivalents, net of current portion | 103,948 | 130,359 |
| Vessels and equipment, net | 367,691 | 349,897 |
| Deferred financing costs, net | 22,073 | 23,098 |
| Other assets | 4,317 | 2,672 |
| Total assets | $ 619,285 | $ 605,424 |
| **Liabilities and Partners' Capital** | | |
| Current liabilities | | |
| Current portion of long-term debt | $ 2,740 | $ 2,560 |
| Accounts payable | 9,412 | 11,677 |
| Due to affiliates | 2,435 | 1,840 |
| Deferred revenue | 1,140 | 1,178 |
| Accrued expenses and other liabilities | 15,571 | 18,402 |
| Total current liabilities | 31,298 | 35,657 |
| Long-term debt, net of current portion | 387,599 | 368,482 |
| Advances from Hess, net | 11,419 | 11,866 |
| Deferred income taxes | 2,464 | 2,681 |
| Other liabilities | 3,063 | 2,080 |
| Total liabilities | 435,843 | 420,766 |
| Minority interest in Joint Venture | 19,914 | 17,581 |
| Commitments and contingencies (Note 15) | | |
| **Partners' Capital** | | |
| Partners' capital | 165,199 | 167,823 |
| Accumulated other comprehensive loss | (1,671) | (746) |
| Total partners' capital | 163,528 | 167,077 |
| Total liabilities and partners' capital | $ 619,285 | $ 605,424 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

Case 1:07-cv-00561-RHH Document 17-7 Filed 08/16/2007 Page 9 of 23

**U.S. Shipping Partners L.P.**
**Unaudited Condensed Consolidated Statements of Operations and Comprehensive Income**
**(in thousands, except per unit data)**

| | For the Three Months Ended March 31, 2007 | 2006 |
|---|---|---|
| **Revenues** | $ 42,082 | $ 37,049 |
| **Operating expenses** | | |
| Vessel operating expenses | 14,918 | 13,600 |
| Voyage expenses | 7,437 | 7,335 |
| General and administrative expenses | 3,765 | 2,826 |
| Depreciation and amortization | 9,048 | 7,658 |
| Other expense (income) | (3,486) | — |
| Total operating expenses, net | 31,682 | 31,419 |
| Operating income | 10,400 | 5,630 |
| Interest expense | 6,917 | 1,557 |
| Interest income | (2,675) | (124) |
| Income before income taxes and minority interest | 6,158 | 4,197 |
| Provision (benefit) for income taxes | 420 | (3) |
| Income before minority interest | 5,738 | 4,200 |
| Minority interest in Joint Venture losses | 11 | — |
| **Net income** | $ 5,749 | $ 4,200 |
| **Other comprehensive (loss) income** | | |
| Fair market value adjustment for derivatives | (925) | 604 |
| Comprehensive income | $ 4,824 | $ 4,804 |
| General partner's interest in net income | $ 115 | $ 84 |
| **Limited partners' interest in:** | | |
| Net income | $ 5,634 | $ 4,116 |
| Net income per unit - basic and diluted | $ 0.31 | $ 0.30 |
| Weighted average units outstanding - basic and diluted | 18,234 | 13,800 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

## U.S. Shipping Partners L.P.
## Unaudited Condensed Consolidated Statement of Changes in Partners' Capital
## Three Months Ended March 31, 2007
## (in thousands)

| | Partners' Capital | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Limited Partners | | | | | | | Accumulated Other Comprehensive Loss | Total |
| | Common | | Class B | | Subordinated | | General Partner | | |
| | Units | $ | Units | $ | Units | $ | | | |
| **Balance at December 31, 2006** | 8,210 | $126,853 | 3,123 | $ 48,181 | 6,900 | $ (8,301) | $ 1,090 | $ (746) | $ 167,077 |
| Conversion of Class B Units into Common Units | 3,123 | 48,181 | (3,123) | (48,181) | — | — | — | — | — |
| Net income | — | 3,502 | — | — | — | 2,132 | 115 | — | 5,749 |
| Fair market value adjustment for derivatives | — | — | — | — | — | — | — | (925) | (925) |
| Cash distributions | — | (5,100) | — | — | — | (3,105) | (168) | — | (8,373) |
| **Balance at March 31, 2007** | 11,333 | $173,436 | — | $ — | 6,900 | $ (9,274) | $ 1,037 | $ (1,671) | $ 163,528 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

**U.S. Shipping Partners L.P.**
**Unaudited Condensed Consolidated Statements of Cash Flows**
**(in thousands)**

| | For the Three Months Ended March 31, 2007 | 2006 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income | $ 5,749 | $ 4,200 |
| Adjustments to reconcile net income to net cash provided by operating activities | | |
| Depreciation of vessels and equipment, and amortization of drydock costs and deferred financing costs | 9,452 | 7,866 |
| Deferred income taxes | (314) | (461) |
| Capitalized drydock costs | (4,664) | (9,262) |
| Minority interest in Joint Venture losses | (11) | — |
| Provision for accounts receivable | 89 | — |
| Changes in assets and liabilities: | | |
| Accounts receivable | (2,199) | 393 |
| Prepaid expenses and other current assets | (338) | (1,787) |
| Other assets | (136) | (192) |
| Accounts payable | 3,772 | 2,906 |
| Deferred revenue | (38) | 2,270 |
| Accrued expenses and other liabilities | (2,924) | 2,057 |
| Net cash provided by operating activities | 8,438 | 7,990 |
| **Cash flows from investing activities** | | |
| Construction of vessels and equipment | (25,260) | (11,542) |
| Purchase of interest rate cap | (1,924) | — |
| Deposit to secure shipyard slot | — | (5,000) |
| Change in restricted cash and equivalents, net | 5,715 | — |
| (Payments to) advances from Hess, net | (447) | 904 |
| Net cash used in investing activities | (21,916) | (15,638) |
| **Cash flows from financing activities** | | |
| Proceeds from borrowings | 18,000 | — |
| Contribution by minority interest equity investors in Joint Venture | 2,344 | — |
| Proceeds from Joint Venture revolver borrowings | 1,982 | — |
| Repayment of debt | (685) | (462) |
| Revolving borrowings, net | — | 10,000 |
| Distributions to partners/members | (8,373) | (6,337) |
| Net cash provided by financing activities | 13,268 | 3,201 |
| Net decrease in cash and cash equivalents | (210) | (4,447) |
| Cash and cash equivalents at beginning of period | 2,686 | 10,000 |
| Cash and cash equivalents at end of period | $ 2,476 | $ 5,553 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

**U.S. Shipping Partners L.P.**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**(dollars in thousands, except per unit data)**

## 1. Nature of Operations

U.S. Shipping Partners L.P. (the "Partnership") owns and operates six integrated tug barge units ("ITBs"), three chemical product, or parcel, tankers ("Parcel Tankers") and one product tanker ("Houston"). Additionally, the Partnership has contracted to construct five articulated tug barges ("ATBs") that are scheduled for delivery in the second quarter of 2007, August 2008, November 2008, August 2009 and November 2009, although the Partnership has the option to cancel the last ATB and forfeit all amounts previously paid for the barge. The Partnership and its predecessor company have engaged, since 2002, in transportation services between ports in the United States, principally for refined petroleum products and petrochemical and commodity chemical products. The vessels operate under the regulatory provisions of the Jones Act.

The Partnership, through its subsidiary USS Product Carriers LLC ("Product Carriers"), entered into a contract with the National Steel and Shipbuilding Company ("NASSCO"), a subsidiary of General Dynamics Corporation ("General Dynamics"), for the construction of nine 49,000 deadweight tons ("dwt") double-hulled tankers, and the option to construct five additional tankers. General Dynamics provided a performance guarantee to Product Carriers in respect of the obligations of NASSCO under the construction contract. NASSCO is scheduled to deliver the first tanker in the second quarter of 2009, with subsequent tankers delivered every six to eight months. On August 7, 2006, Product Carriers entered into a joint venture, USS Products Investor LLC (the "Joint Venture"), to finance the construction of the first five tankers. The Partnership, which manages the Joint Venture, owns a 40% interest in the Joint Venture and third parties own a 60% interest. However, due to the Partnership's control of the Joint Venture, the financial statements of the Joint Venture are consolidated with the Partnership's for financial reporting purposes. The Partnership presents in its consolidated financial statements the debt of the Joint Venture, but the Partnership has no obligation for the liabilities of the Joint Venture in excess of its $70,000 capital commitment, of which approximately $20,995 has already been made. The portion of the net loss of the Joint Venture attributable to the 60% owners of the Joint Venture is set forth under the caption "Minority interest in Joint Venture losses" on the Unaudited Condensed Consolidated Statements of Operations and Comprehensive Income.

The Partnership's general partner holds a 2% general partner interest and certain incentive distribution rights in the Partnership. Incentive distribution rights represent the right to receive an increasing percentage of cash distributions after the minimum quarterly distribution, any cumulative arrearages on common units, and certain target distribution levels have been achieved. The Partnership is required to distribute all of its available cash from basic surplus, as defined in the Partnership agreement. The target distribution levels entitle the general partner to receive 15% of quarterly cash distributions in excess of $0.50 per unit until all unitholders have received $0.575 per unit, 25% of quarterly cash distributions in excess of $0.575 per unit until all unitholders have received $0.70 per unit, and 50% of quarterly cash distributions in excess of $0.70 per unit.

In the opinion of management, these financial statements reflect all adjustments necessary, consisting of normal recurring entries, for a fair statement of the financial results of such interim periods. The results of operations for interim periods are not necessarily indicative of the results of operations to be expected for a full year. These financial statements should be read together with the consolidated financial statements and notes thereto included in the Partnership's Annual Report on Form 10-K for the year ended December 31, 2006 (the "Form 10-K"). The December 31, 2006 condensed balance sheet data was derived from audited financial statements, but does not include all disclosures required by accounting principles generally accepted in the United States of America.

## 2. Adoption of New Accounting Policy – Income Taxes

As of January 1, 2007, the Partnership adopted the provisions of Financial Accounting Standards Board ("FASB") Interpretation Number ("FIN") 48, "Accounting for Uncertainty in Income Taxes—an interpretation of FASB Statement No. 109," and changed its policy related to the accounting for income tax contingencies.

The Partnership continues to account for income tax contingencies using a benefit recognition model.

Beginning January 1, 2007, if the Partnership considers that a tax position is 'more likely than not' of being sustained upon audit, based solely on the technical merits of the position, it recognizes the benefit. The Partnership measures the benefit by determining the amount that is greater than 50% likely of being realized upon settlement, presuming that the tax position is examined by the appropriate taxing authority that has full knowledge of all relevant information. For any tax position where the likelihood of realizing the benefit is less than 50%, no tax benefit is recorded.

Under the benefit recognition model, if the Partnership's initial assessment fails to result in the recognition of a tax benefit, it regularly monitors its position and subsequently recognizes the tax benefit if there are changes in tax law or relevant technical authorities that sufficiently raise the likelihood of prevailing on the technical merits of the position to more likely than not, if the statute of limitations expires, or if there is a completion of an audit resulting in a settlement of that tax year with the appropriate agency.

Uncertain tax positions, represented by liabilities on the Partnership's balance sheet, are now classified as current only when it expects to pay cash within the next 12 months. Interest and penalties, if any, continue to be recorded as a component of the Provision for Income Taxes and are classified on the balance sheet with the related tax liability.

Historically, the Partnership's policy had been to account for income tax contingencies based on whether it determined its tax position to be 'probable' under current tax law of not being sustained, as well as an analysis of potential outcomes under a given set of facts and circumstances. In addition, the Partnership previously considered all tax liabilities as current liabilities.

As a result of the implementation of FIN 48, the Partnership recognized no material adjustment in the liability for unrecognized income tax benefits. At the adoption date of January 1, 2007, the Partnership had $391 of unrecognized tax benefits, all of which would affect its effective tax rate if recognized. At March 31, 2007, the Partnership had $431 of unrecognized tax benefits. As of January 1, 2007, the Partnership had approximately $42 of accrued interest and penalties related to uncertain tax positions. The tax years 2002-2006 remain open to examination by the major taxing jurisdictions to which the Partnership is subject.

**3. New Accounting Pronouncements**

In September 2006, the FASB issued FASB Statement No. 157, "Fair Value Measurement," ("FAS 157") effective for fiscal years beginning after November 15, 2007. FAS No. 157 defines fair value, establishes a framework for measuring fair value and expands disclosures about fair value measurements. This statement does not require any new fair value measurements, but simplifies and codifies related guidance within generally accepted accounting principles. FAS No. 157 applies under other accounting pronouncements that require or permit fair value measurements. The Partnership is currently reviewing the impact of this pronouncement upon its adoption.

In February 2007, the FASB issued FASB Statement No. 159, "The Fair Value Option for Financial Assets and Financial Liabilities, including an amendment of FASB Statement No. 115," ("FAS 159") effective as of the beginning of fiscal years beginning after November 15, 2007. FAS No. 159 permits entities to choose to measure many financial instruments and certain other items at fair value at specified election dates. A business entity shall report unrealized gains and losses on items for which the fair value option has been elected in earnings at each subsequent reporting date. Under FAS 159 the fair value option:

1. May be applied instrument by instrument, with a few exceptions, such as investments otherwise accounted for by the equity method
2. Is irrevocable (unless a new election date occurs)
3. Is applied only to entire instruments and not to portions of instruments.

The Partnership is currently reviewing the impact of this pronouncement upon its adoption.

**4. Net Income per Unit**

Basic net income per unit is determined by dividing net income, after deducting the amount of net income allocated to the general partner's interest, by the weighted average number of units outstanding during the period. Diluted net income per unit is calculated in the same manner as net income per unit, except that the weighted average number of outstanding units is increased to include the dilutive effect of outstanding unit options or phantom units. There were no unit options or phantom units outstanding during the three months ended March 31, 2007 and 2006.

**5. Restricted Cash and Equivalents**

On August 7, 2006, two escrow accounts were established as part of the Partnership's debt and equity financings to fund the construction of at least three new ATBs (the "ATB Escrow") and the Partnership's remaining committed equity contributions to the Joint Venture (the "Joint Venture Escrow"). As of March 31, 2007 and December 31, 2006, the ATB Escrow balance was $156,227 and $160,379, respectively, and the Joint Venture Escrow balance was $49,005 and $50,568, respectively. Amounts the Partnership projects will be used to satisfy obligations due during the next twelve months are classified as current restricted cash and

equivalents, with the remainder classified as non-current restricted cash and equivalents.

## 6. Vessels and Equipment

Vessels and equipment consist of the following:

| | March 31, 2007 | December 31, 2006 |
|---|---|---|
| Vessels | $ 257,688 | $ 257,688 |
| Office furniture, equipment and other | 448 | 448 |
| | 258,136 | 258,136 |
| Less: Accumulated depreciation | 88,930 | 83,339 |
| | 169,206 | 174,797 |
| Construction-in-progress-ATB's | 124,091 | 101,908 |
| Construction-in-progress-tankers | 39,580 | 35,027 |
| Capitalized drydock expenditures, net of amortization of $11,305 and $7,848 | 34,814 | 38,165 |
| Total vessels and equipment, net | $ 367,691 | $ 349,897 |

Vessels are recorded at cost, including capitalized interest and transaction fees where appropriate, and depreciated to salvage value using the straight-line method as follows: ITBs and the *Sea Venture* to their mandatory retirement from the transport of petroleum products as required by the Oil Pollution Act of 1990 ("OPA 90"), between 2012 and 2014; and 10 years for the *Chemical Pioneer*, the *Charleston* and the *Houston* based on their estimated useful lives. Office furniture, equipment and other are depreciated over the estimated useful life of three to ten years. Major renewals and betterments of assets are capitalized and depreciated over the remaining useful lives of the assets. Maintenance and repairs that do not improve or extend the useful lives of the assets are expensed as incurred. Leasehold improvements are capitalized and depreciated over the shorter of their useful life or the remaining term of the lease.

The Partnership currently capitalizes expenditures incurred for drydocking and amortizes these expenditures over 60 months for the ITBs and 30 months for the parcel tankers and the *Houston*. Both domestic and international regulatory bodies require that the Partnership's vessels be drydocked for major repair and maintenance at least twice every five years. To date the Partnership's ITBs have been able to participate in the United States Coast Guard Underwater Inspection In Lieu of Drydock ("UWILD") Program, which allows the ITBs to be drydocked once every five years, with a mid-period underwater survey in lieu of a drydock. The Partnership was recently advised by the U.S. Coast Guard that U.S. flagged non-double hulled tank vessels that are over 15 years in age and trade internationally will not, consistent with International Maritime Organization regulations, be eligible to participate in the UWILD Program. However, the U.S. Coast Guard has advised us that it will consider for participation in the UWILD Program non-double hulled tank vessels that are over 15 years of age but only trade domestically. If the Partnership is required to conduct a second drydock in each five year period rather than rely on an underwater survey, the ITBs will be out of service longer and drydock expenses will be higher than the time required for and the cost of conducting an underwater survey, which could adversely affect the Partnership's business, financial condition and results of operations. This could also adversely impact the cash available to pay cash distributions and to pay interest on, and principal of, the Partnership's indebtedness. In addition, vessels may have to be drydocked in the event of accidents or other unforeseen damage.

Depreciation of vessels and equipment for the three-month periods ended March 31, 2007 and 2006 was $5,591 and $5,496, respectively. Amortization of drydocking expenditures was $3,457 and $2,162 for the three-month periods ended March 31, 2007 and 2006, respectively.

At March 31, 2007 and December 31, 2006, "Construction-in-progress-ATBs" includes capitalized interest of $8,434 and $5,822, respectively, and accrued invoices of $5,967 and $5,104, respectively. At March 31, 2007 and December 31, 2006, "Construction-in-progress-tankers" of the Joint Venture includes capitalized interest of $4,872 and $2,984, respectively, and accrued invoices of $1,186 and $1,193, respectively.

Capitalized drydock expenditures of $839 and $5,398 were accrued at March 31, 2007 and December 31, 2006, respectively.

**7. Deferred Financing Costs**

Deferred financing costs include fees and costs incurred to obtain debt financings and are generally amortized using the effective interest method over the term of the loan. For revolving credit facilities, the straight-line method is utilized rather than the effective interest method due to the variability in balances of outstanding borrowings. Any unamortized deferred financing costs are written-off when debt is retired before the maturity date. For the three months ended March 31, 2007, amortization expense of deferred financing costs of the Partnership (excluding those of the Joint Venture) was $404 and is included in interest expense in the accompanying Unaudited Condensed Consolidated Statements of Operations and Comprehensive Income, compared to $208 for the three months ended March 31, 2006. A portion of such 2007 and 2006 amortization of deferred financing costs was included in construction-in-progress-ATBs as part of the interest capitalized by the Partnership. For the three months ended March 31, 2007, deferred financing costs of $620 were amortized and included in construction-in-progress-tankers as part of the interest capitalized by the Joint Venture.

## 8. Accrued Expenses and Other Liabilities

Accrued expenses and other liabilities consisted of the following:

| | March 31, 2007 | December 31, 2006 |
|---|---|---|
| Construction of vessels | $ 7,153 | $ 5,100 |
| Insurance Claims | 2,109 | 1,570 |
| Interest | 1,924 | 5,618 |
| Accrued Fuel Charges | 835 | 2,008 |
| Other | 3,550 | 4,106 |
| | $ 15,571 | $ 18,402 |

## 9. Hess Support Agreement

On September 13, 2002, the Partnership entered into an agreement (the "Support Agreement") with Hess in which certain daily charter rates were agreed through September 13, 2007 and based upon which support payments would be made by Hess to the Partnership in respect of the ITBs. Under the terms of the Support Agreement, Hess agreed to pay the Partnership for the amount by which the Partnership's negotiated third-party contract rates are less than the agreed charter rate. However, in the event that the charter rates the Partnership receives on the ITBs are in excess of the Hess support rate, then the Partnership must pay such excess amounts to Hess until the Partnership has repaid Hess for all prior support payments made by Hess to the Partnership, and then the Partnership must share 50% of any additional excess amount with Hess. The differences resulting from these rates are calculated on a monthly basis. The net amounts received or paid by the Partnership will be considered contingent purchase price until the end of the Support Agreement term (September 2007), at which time the net amount received or paid will be treated as a purchase price adjustment.

From September 13, 2002 to March 31, 2007, the cumulative amounts of payments made by Hess, net of amounts paid to Hess, were $11,419, and are classified as advances from Hess on the accompanying Unaudited Condensed Consolidated Balance Sheets.

## 10. Debt

The Partnership's outstanding debt consisted of the following:

| | March 31, 2007 | December 31, 2006 |
|---|---|---|
| Third Amended and Restated Credit Facility - Term, bearing interest at LIBOR plus 3.5% (8.85% at March 31, 2007 and 8.9% at December 31, 2006) | $ 272,050 | $ 254,735 |
| 13% Senior Secured Notes due 2014 | 100,000 | 100,000 |
| Revolving Notes Facility - Joint Venture, bearing interest at LIBOR plus 4.5% (9.85% at March 31, 2007 and 9.9% at December 31, 2006) | 18,289 | 16,307 |
| Total | 390,339 | 371,042 |
| Less: Current portion of long-term debt | 2,740 | 2,560 |
| Long-term debt | $ 387,599 | $ 368,482 |

At March 31, 2007 the Partnership's debt maturities were as follows:

| Year ended December 31, | |
|---|---|
| 2007 (remaining nine months) | $ 2,055 |
| 2008 | 2,740 |
| 2009 | 2,740 |
| 2010 | 2,740 |
| 2011 | 21,029 |
| 2012 | 259,035 |
| Thereafter | 100,000 |
| | $ 390,339 |

Capitalized interest expense for the three months ended March 31, 2007 and 2006 was $4,500 and $522, respectively.

See Note 15 for further information regarding the Partnership's compliance with certain financial covenants under the Third Amended and Restated Credit Facility.

## 11. Hedging

*Partnership Hedging*

In connection with the refinancing of its credit facility in 2006, the Partnership entered into an interest rate swap with a notional amount of $125,000 that effectively converted a portion of the floating LIBOR-based payments of its credit facility to a fixed rate of 8.9%. The fair value of this hedge was a loss of $2,589 at March 31, 2007 and a loss of $2,080 at December 31, 2006 and is reflected in other comprehensive income on the accompanying financial statements as this contract has been designated as a cash flow hedge.

In December 2006, the Partnership entered into an interest rate swap with a notional amount of $99,750 that effectively converted a portion of the floating LIBOR-based payments of its credit facility to a fixed rate of 8.4%. The fair value of this hedge was a loss of $1 at March 31, 2007 and a gain of $520 at December 31, 2006 and is reflected in other comprehensive income on the accompanying financial statements, as this contract has been designated as a cash flow hedge.

In February 2006, the Partnership entered into contracts, denominated in Euros, for the purchase of owner-furnished items costing approximately $14,439, relative to the Partnership's newbuild ATB series. To hedge the exposure to foreign currency, the Partnership has entered into a series of foreign currency forward contracts effective through June 5, 2009, with an average exchange rate of $1.25/Euro. The fair market value of the forward contracts at March 31, 2007 and December 31, 2006 was $919 and $814, respectively. The fair market value of the forward contracts is included in other comprehensive income on the accompanying financial statements. When realized, the gain or loss on the forward contracts will be applied to the cost of the owner-furnished items.

*Joint Venture Hedging*

On February 27, 2007, the Joint Venture purchased a $100,000 nine year interest rate cap effective April 1, 2007 for $1,924, including transaction fees. This interest rate cap of the three month U.S. Dollar LIBOR of 6% is part of a hedging strategy in place at the Joint Venture to protect the value of its vessels and the chartering contracts thereon. Upon the completion of the construction of each vessel, the Joint Venture expects to sell the vessel together with any chartering contract that may be in place on such vessel. Since the long-term chartering contracts entered into by the Joint Venture will result in a fixed stream of cash flows over a multi-year period, the value that the Joint Venture may be able to obtain upon the sale of the combined vessel and chartering contract is subject to volatility based upon how interest rates fluctuate. The Joint Venture plans to utilize derivative financial instruments to reduce the potential negative impacts to the Joint Venture's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale date of such combined vessel and chartering contract. The Joint Venture does not plan to

hold or issue derivative financial instruments for trading purposes, but has not performed the activities necessary to qualify the contract for hedge accounting treatment under FASB Statement No. 133, "Accounting for Derivative Instruments and Hedging Activities, ("SFAS No. 133"), as amended. The fair market value of the interest rate cap at March 31, 2007 was $1,924 and is recorded in "Other Assets" on the Unaudited Condensed Consolidated Balance Sheets. Changes in the fair value of the instrument are reported in earnings.

**12. Partners' Capital**

*Class B Conversion*

On February 2, 2007, the Partnership held a special meeting of unitholders and a majority of unitholders voted in favor of automatically converting the Partnership's 3,123,205 class B units into 3,123,205 common units.

*Distributions*

On February 6, 2007, the Board of Directors of the general partner declared the Partnership's regular cash distribution for the fourth quarter of 2006 of $0.45 per unit. The distribution was paid on all common, subordinated and general partner units on February 15, 2007 to all unitholders of record on February 12, 2007. The aggregate amount of the distribution was $8,373.

**13. Contract Settlement**

On February 9, 2007, the Partnership and a major oil and chemical customer reached an agreement to terminate a Contract of Affreightment under which the customer was obligated to purchase services for the transport of minimum freight volumes through late 2007 from a manufacturing facility that it sold. The Partnership received $3,486 from the customer in exchange for releasing the customer from its future obligations under the Contract of Affreightment. The $3,486 in included in "Other Expense (Income)" on the Unaudited Condensed Consolidated Statements of Operations and Comprehensive Income. Simultaneously, a new three year Contract of Affreightment with reduced volumes was agreed upon in principle with the same customer.

**14. Related Party Transactions**

*Hess Support*

Hess is one of the Partnership's significant customers. Voyage revenues earned from charters with Hess (which do not include amounts received under the Support Agreement) for the three months ended March 31, 2007 and 2006 were $5,383 and $3,150, respectively. The Partnership had a payable to Hess under the Support Agreement of $1,294 at March 31, 2007 and a receivable from Hess under the Support Agreement of $115 at December 31, 2006.

*General Partner*

General and administrative expenses, including shore side employee expenses, and wages and benefits for crew members are incurred directly by the Partnership's general partner. These amounts are reimbursable by the Partnership pursuant to the partnership agreement. Reimbursable amounts expensed by the Partnership were $12,708 and $10,700, respectively, for the three months ended March 31, 2007 and 2006.

*New York Office*

On September 23, 2005, the Partnership entered into a ten-year lease for office space for its New York City office. The Partnership subleases 75% of the leased space to certain companies affiliated with the Chairman and Chief Executive Officer of the Partnership. The affiliated companies pay their portion of the rent in advance of the Partnership making the rental payment. The Partnership has provided a letter of credit totaling $214 to secure final payments of the lease commitment. The Partnership has been reimbursed 75% of the cost of providing the letter of credit and has received a guaranty from its Chairman in the event of any default of the lease, including that which would require drawdown of the letter of credit. For the three months ended March 31, 2007 the Partnership paid $102 in connection with the lease and received $77 from its related parties. There were no payments made relating to the lease in the first quarter of 2006.

*USS Product Manager LLC*