USS Product Manager LLC ("Product Manager"), the Partnership's wholly-owned subsidiary, manages the construction and operation of the tankers for the Joint Venture, for which it will receive the following, subject to certain specified limitations:

- an oversight fee of $1,000 per tanker, payable ratably over the course of construction of such tanker;
- a management fee of $1,000 per year for each completed tanker that is operated by the Joint Venture;
- a delivery fee of up to $750 per tanker, depending on the delivery date and cost of construction; and
- a sale fee of up to $1,500 per tanker upon its sale to the Partnership or a third party, depending on the price obtained and whether a charter meeting specified terms is in place.

The management agreement between Product Manager and the Joint Venture has an initial term of 10 years, subject to early termination under certain circumstances. The obligations under the management agreement will be performed by employees of US Shipping General Partner LLC, the Partnership's general partner. Certain members of the Partnership's management are expected to devote significant time to the management and operation of the Joint Venture. For the three months ended March 31, 2007, the Partnership recorded $17 in income related to this management agreement; however this amount was eliminated in consolidation.

*The Blackstone Group and Other Joint Venture Investors*

As a result of the formation the Joint Venture on August 7, 2006, the Partnership considers The Blackstone Group and Other Joint Venture Investors to be related parties. For the three months ended March 31, 2007, the Joint Venture paid interest on the Revolver totaling $1,202 to The Blackstone Group and Other Joint Venture Investors.

## 15. Commitments and Contingencies

*Claims and Litigation*

The Partnership is the subject of various claims and lawsuits in the ordinary course of business arising principally from personal injuries, collisions, and other casualties. Although the outcome of any individual claim or action cannot be predicted with certainty, the Partnership believes that any adverse outcome, individually or in the aggregate, would be substantially mitigated by applicable insurance and would not have a material adverse effect on the general partner's financial position, results of operations or cash flows. The Partnership is subject to deductibles with respect to its insurance coverage up to $150 per incident and provides on a current basis for estimated payments thereunder. Legal costs associated with such claims are expensed as incurred.

*ATB Commitments*

The construction of the Partnership's first 19,999 dwt ATB, the parcel barge *Chemical Transporter* and the pusher tug *Freeport*, is nearing completion. Engine commissioning on the *Freeport* began in early May and sea trials are scheduled to commence in mid May. Final systems testing and regulatory certification are expected to be completed immediately following the tug's arrival in Baltimore, where it will be joined together with the barge. Launch of the *Chemical Transporter* is scheduled to occur in late May. Following final commissioning and testing of cargo systems and regulatory certification and sea trials, the completed ATB is expected to enter the Partnership's chemical service in mid June. This ATB unit is already covered with contracts of affreightment with major customers of the Partnership. The estimated final delivered cost of the ATB unit is currently expected to approximate $86,000 to $88,000, excluding capitalized interest and net of a $21,000 settlement with the original builder. At March 31, 2007, the Partnership had expended $68,700 on this ATB (excluding capitalized interest and net of a $21,000 settlement with the original builder) and expects to expend (exclusive in each case of capitalized interest) approximately $17,300 to $19,300 to complete the ATB. Delays and cost overruns associated with this ATB unit are primarily attributable to the original builder's failure to perform under the shipbuilding contract. The Partnership believes it has valid claims which, if recovered, will reduce this gross amount. The Partnership is currently pursuing a sale and leaseback of this ATB, which if completed will allow it to finance the construction of the fifth ATB of the series, if the Partnership proceeds with the construction of that unit. The decision whether to proceed with the construction of the fifth ATB unit needs to be made by June 18, 2007. The Partnership's ability to complete the first ATB on the above estimates of both timing and cost are dependent on a number of factors, some of which are beyond its control, including the availability and cost of needed equipment and labor as well as weather conditions.

As a result of the delay in the delivery of, and the increased cost of constructing, the first ATB, the Partnership probably will not be able to meet certain of its current financial covenant requirements under its senior credit facility in the second half of the year. The Partnership believes that the lenders under the senior credit facility will modify the financial covenants so that the Partnership will remain in compliance with such covenants, although there can be no assurance of this. If the Partnership defaults under the covenants, and such defaults are not cured via waiver or amendment, then a majority of the lenders under the senior credit facility

may elect to declare all or a portion of the outstanding amounts due under the senior credit facility immediately due and payable and/or terminate the loan commitments under such credit facility. The Partnership was in co mpliance with all its financial covenants at the end of the first quarter of 2007.

In 2006, the Partnership entered into a contract with Manitowoc Marine Group ("MMG") for the construction of four barges, each of which is specified to have a carrying capacity of approximately 156,000 barrels at 98% of capacity. However, the Partnership has paid $500 for the option to cancel one barge prior to June 18, 2007. If the cancellation option is exercised, the Partnership will forfeit all amounts previously paid for this barge (which will aggregate $3,832). The Partnership has also paid $1,204 of deposits for owner-furnished equipment for the fourth of these ATB units that may not be recoverable if the Partnership decides not to proceed with that vessel. In 2006, the Partnership also entered into a contract for the construction of three tugs with Eastern Shipbuilding Group, Inc. ("Eastern"), which will be joined with the barges to complete three new ATB units. The contract with Eastern also includes an option

to construct and deliver an additional tug, which must be exercised by August 1, 2007. The total construction cost anticipated for these new ATB units is approximately $65,000 to $66,000 per unit (subject to change orders and modifications), in each case inclusive of owner furnished equipment, but exclusive of capitalized interest. The capitalized interest as of March 31, 2007 relating to this series of ATBs is $2,740. The Partnership expects that the first two of these ATB units will be completed in August 2008 and November 2008, respectively, and the second two of these ATB units to be completed in August 2009 and, if not cancelled, November 2009. As of March 31, 2007, the Partnership has made payments totaling approximately $41,022 related to these newbuilds. As March 31, 2007, the Partnership had in escrow approximately $156,227, which is the amount the Partnership estimates it will cost to complete construction of the first three of these ATBs.

### 16. Supplemental Guarantor Information

Set forth below is additional information regarding the financial position, results of operations and cash flows of U.S. Shipping Partners L.P. and U.S. Shipping Finance Corp. (together, the "Issuers" of the Partnership's $100,000 13% Senior Secured Notes due 2014 (the "Notes")), the Partnership's subsidiary guarantors of such Notes and the Partnership's subsidiary non-guarantors of such Notes.

For the quarter ended March 31, 2006, the parent entity (U.S. Shipping Partners L.P.) had no independent assets or operations, the subsidiary co-issuer entity (U.S. Shipping Finance Corp.), which is a 100% owned finance subsidiary of U.S. Shipping Partners L.P., commenced operations on August 7, 2006, and the only non-guarantor subsidiaries (USS Products Investor LLC and USS Product Carriers LLC) both commenced operations on August 7, 2006. In addition, all of the Partnership's wholly-owned subsidiaries other than the non-guarantor subsidiaries identified above guarantee the $100,000 13% Senior Secured Notes due 2014 on a full and unconditional, joint and several basis. Accordingly, the consolidated financial statements for the quarter ended March 31, 2006 present the combined results of operations and cash flows of the subsidiary guarantors. There are no restrictions on the ability of U.S. Shipping Partners L.P. to obtain funds from its wholly owned subsidiaries.

**U.S. Shipping Partners L.P.**
**Consolidating Balance Sheet**
**As of March 31, 2007**
**(in thousands)**

| | Parent * | Subsidiary Issuer * | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Adjustments | Total |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Current assets | | | | | | |
| Cash and equivalents | $ — | $ — | $ 2,473 | $ 3 | $ — | $ 2,476 |
| Current portion of restricted cash and equivalents | — | — | 101,284 | — | — | 101,284 |
| Accounts receivable, net | — | — | 12,032 | — | — | 12,032 |
| Prepaid expenses and other current assets | — | — | 5,350 | 114 | — | 5,464 |
| Total current assets | — | — | 121,139 | 117 | — | 121,256 |
| Investment in subsidiaries, net | 238,883 | — | — | — | (238,883) | — |
| Intercompany receivable | 287,620 | 86,465 | — | — | (374,085) | — |
| Restricted cash and equivalents, net of current portion | — | — | 103,948 | — | — | 103,948 |
| Vessels and equipment, net | — | — | 328,111 | 39,580 | — | 367,691 |
| Deferred financing costs, net | 10,746 | 4,578 | — | 11,327 | (4,578) | 22,073 |
| Other assets | 919 | — | 1,474 | 1,924 | — | 4,317 |
| Total assets | $538,168 | $ 91,043 | $ 554,672 | $ 52,948 | $ (617,546) | $619,285 |
| **Liabilities and Partners' Capital** | | | | | | |
| Current liabilities | | | | | | |
| Current portion of long-term debt | $ 2,740 | $ — | $ — | $ — | $ — | $ 2,740 |
| Accounts payable | — | — | 9,412 | — | — | 9,412 |
| Due to affiliates | — | — | 2,232 | 203 | — | 2,435 |
| Deferred revenue | — | — | 1,140 | — | — | 1,140 |
| Accrued expenses | — | — | 14,205 | 1,366 | — | 15,571 |
| Total current liabilities | 2,740 | — | 26,989 | 1,569 | — | 31,298 |
| Intercompany payable | — | — | 287,620 | — | (287,620) | — |
| Long-term debt, net of current portion | 369,310 | 100,000 | — | 18,289 | (100,000) | 387,599 |
| Advances from Hess, net | — | — | 11,419 | — | — | 11,419 |
| Deferred income taxes | — | — | 2,464 | — | — | 2,464 |
| Other liabilities | 2,590 | — | 473 | — | — | 3,063 |
| Total liabilities | 374,640 | 100,000 | 328,965 | 19,858 | (387,620) | 435,843 |
| Minority interest in Joint Venture | — | — | — | 19,914 | — | 19,914 |
| Commitments and contingencies | | | | | | |
| **Partners' Capital** | | | | | | |
| Partners' capital | 165,199 | (8,957) | 225,707 | 13,176 | (229,926) | 165,199 |
| Accumulated other comprehensive loss | (1,671) | — | — | — | — | (1,671) |
| Total partners' capital | 163,528 | (8,957) | 225,707 | 13,176 | (229,926) | 163,528 |
| Total liabilities and partners' capital | $538,168 | $ 91,043 | $ 554,672 | $ 52,948 | $ (617,546) | $619,285 |

* Both the Parent and the Subsidiary Issuer are co-issuers of $100,000 in Notes. Accordingly, such indebtedness has been presented as an obligation of both entities in the above consolidating balance sheet. In addition, the related deferred financing costs are presented as an asset of both entities.

**U.S. Shipping Partners L.P.**
**Consolidating Balance Sheet**
**As of December 31, 2006**
**(in thousands)**

| | Parent * | Subsidiary Issuer * | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Adjustments | Total |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Current assets | | | | | | |
| Cash and equivalents | $ — | $ — | $ 2,686 | $ — | $ — | $ 2,686 |
| Current portion of restricted cash and equivalents | — | — | 80,588 | — | — | 80,588 |
| Accounts receivable, net | — | — | 10,520 | — | — | 10,520 |
| Prepaid expenses and other current assets | — | — | 5,410 | 194 | — | 5,604 |
| Total current assets | — | — | 99,204 | 194 | — | 99,398 |
| Investment in subsidiaries, net | 233,028 | — | — | — | (233,028) | — |
| Intercompany receivable | 278,379 | 89,715 | — | — | (368,094) | — |
| Restricted cash and equivalents, net of current portion | — | — | 130,359 | — | — | 130,359 |
| Vessels and equipment, net | — | — | 314,870 | 35,027 | — | 349,897 |
| Deferred financing costs, net | 11,151 | 4,744 | — | 11,947 | (4,744) | 23,098 |
| Other assets | 1,334 | — | 1,338 | — | — | 2,672 |
| Total assets | $523,892 | $ 94,459 | $ 545,771 | $ 47,168 | $ (605,866) | $605,424 |
| **Liabilities and Partners' Capital** | | | | | | |
| Current liabilities | | | | | | |
| Current portion of long-term debt | $ 2,560 | $ — | $ — | $ — | $ — | $ 2,560 |
| Accounts payable | — | — | 11,677 | — | — | 11,677 |
| Due to affiliates | — | — | 1,604 | 236 | — | 1,840 |
| Deferred revenue | — | — | 1,178 | — | — | 1,178 |
| Accrued expenses | — | — | 17,016 | 1,386 | — | 18,402 |
| Total current liabilities | 2,560 | — | 31,475 | 1,622 | — | 35,657 |
| Intercompany payable | — | — | 278,379 | — | (278,379) | — |
| Long-term debt, net of current portion | 352,175 | 100,000 | — | 16,307 | (100,000) | 368,482 |
| Advances from Hess, net | — | — | 11,866 | — | — | 11,866 |
| Deferred income taxes | — | — | 2,681 | — | — | 2,681 |
| Other liabilities | 2,080 | — | — | — | — | 2,080 |
| Total liabilities | 356,815 | 100,000 | 324,401 | 17,929 | (378,379) | 420,766 |
| Minority interest in Joint Venture | — | — | — | 17,581 | — | 17,581 |
| Commitments and contingencies | | | | | | |
| **Partners' Capital** | | | | | | |
| Partners' capital | 167,823 | (5,541) | 221,370 | 11,658 | (227,487) | 167,823 |
| Accumulated other comprehensive loss | (746) | — | — | — | — | (746) |
| Total partners' capital | 167,077 | (5,541) | 221,370 | 11,658 | (227,487) | 167,077 |
| Total liabilities and partners' capital | $523,892 | $ 94,459 | $ 545,771 | $ 47,168 | $ (605,866) | $605,424 |

* Both the Parent and the Subsidiary Issuer are co-issuers of $100,000 in Notes. Accordingly, such indebtedness has been presented as an obligation of both entities in the above consolidating balance sheet. In addition, the related deferred financing costs are presented as an asset of both entities.

**U.S. Shipping Partners L.P.**
**Consolidating Statement of Operations**
**Three Months Ended March 31, 2007**
**( in thousands)**

| | Parent * | Subsidiary Issuer * | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Adjustments | Total |
|---|---|---|---|---|---|---|
| **Revenues** | $ — | $ — | $ 42,082 | $ — | $ — | $42,082 |
| **Operating expenses** | | | | | | |
| Vessel operating expenses | — | — | 14,918 | — | — | 14,918 |
| Voyage expenses | — | — | 7,437 | — | — | 7,437 |
| General and administrative expenses | — | — | 3,707 | 58 | — | 3,765 |
| Depreciation and amortization | — | — | 9,048 | — | — | 9,048 |
| Other expense (income) | — | — | (3,486) | — | — | (3,486) |
| Total operating expenses, net | — | — | 31,624 | 58 | — | 31,682 |
| Operating income (loss) | — | — | 10,458 | (58) | — | 10,400 |
| Interest expense | 6,917 | 3,416 | — | — | (3,416) | 6,917 |
| Interest income | — | — | (2,672) | (3) | — | (2,675) |
| Income (loss) before income taxes and minority interest | (6,917) | (3,416) | 13,130 | (55) | 3,416 | 6,158 |
| Provision for income taxes | — | — | 420 | — | — | 420 |
| Income (loss) before minority interest | (6,917) | (3,416) | 12,710 | (55) | 3,416 | 5,738 |
| Equity in earnings of unconsolidated affiliates | 12,666 | — | — | — | (12,666) | — |
| Minority interest in Joint Venture losses | — | — | — | 11 | — | 11 |
| Net income (loss) | $ 5,749 | $ (3,416) | $ 12,710 | $ (44) | $ (9,250) | $ 5,749 |

* Both the Parent and the Subsidiary Issuer are co-issuers of $100,000 in Notes. Accordingly, the interest expense in respect of the Notes has been presented as an expense of both entities in the above consolidating statement of operations.

**U.S. Shipping Partners L.P.**
**Consolidating Statement of Cash Flows**
**For the Three Months Ended March 31, 2007**
**(in thousands)**

| | Parent * | Subsidiary Issuer * | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Adjustments | Total |
|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | |
| Net income (loss) | $ 5,749 | $ (3,416) | $ 12,710 | $ (44) | $ (9,250) | $ 5,749 |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | | | | | |
| Depreciation of vessels and equipment, and amortization of drydock costs and deferred financing costs | 404 | 166 | 9,048 | — | (166) | 9,452 |
| Deferred income taxes | — | — | (314) | — | — | (314) |
| Capitalized drydock costs | — | — | (4,664) | — | — | (4,664) |
| Equity in earnings of unconsolidated affiliates | (12,666) | — | — | — | 12,666 | — |
| Minority interest in Joint Venture losses | — | — | — | (11) | — | (11) |
| Provision for accounts receivable | — | — | 89 | — | — | 89 |
| Changes in assets and liabilities | | | | | | |
| Accounts receivable | — | — | (2,199) | — | — | (2,199) |
| Prepaid expenses and other current assets | — | — | (338) | — | — | (338) |
| Other assets | — | — | (136) | — | — | (136) |
| Accounts payable | — | — | 3,772 | — | — | 3,772 |
| Deferred revenue | — | — | (38) | — | — | (38) |
| Accrued expenses and other liabilities | — | — | (2,877) | (47) | — | (2,924) |
| Net cash provided by (used in) operating activities | (6,513) | (3,250) | 15,053 | (102) | 3,250 | 8,438 |
| **Cash flows from investing activities** | | | | | | |
| Construction of vessels and equipment | — | — | (21,401) | (3,859) | — | (25,260) |
| Purchase of interest rate cap | — | — | — | (1,924) | — | (1,924) |
| Change in restricted cash and equivalents, net | — | — | 5,715 | — | — | 5,715 |
| Payments to Hess, net | — | — | (447) | — | — | (447) |
| Net cash used in investing activities | — | — | (16,133) | (5,783) | — | (21,916) |
| **Cash flows from financing activities** | | | | | | |
| Proceeds from borrowings | 18,000 | — | — | — | — | 18,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Contribution by minority interest equity investors in Joint Venture | — | — | — | 3,906 | (1,562) | 2,344 |
| Proceeds from Joint Venture revolver borrowings | — | — | — | 1,982 | — | 1,982 |
| Repayment of debt | (685) | — | — | — | — | (685) |
| Intercompany receivable/payable | (2,429) | 3,250 | 867 | — | (1,688) | — |
| Distributions to partners | (8,373) | — | — | — | — | (8,373) |
| Net cash provided by financing activities | 6,513 | 3,250 | 867 | 5,888 | (3,250) | 13,268 |
| Net (decrease) increase in cash and cash equivalents | — | — | (213) | 3 | — | (210) |
| Cash and cash equivalents at beginning of period | — | — | 2,686 | — | — | 2,686 |
| Cash and cash equivalents at end of period | $ — | $ — | $ 2,473 | $ 3 | $ — | $ 2,476 |

* Both the Parent and the Subsidiary Issuer are co-issuers of $100,000 in Notes. Accordingly, the cash flows related to the Notes have been presented as cash flows of both entities in the above consolidating statement of cash flows.

**17. Subsequent Events**

*Distributions*

On May 3, 2007, the Board of Directors of the general partner declared the Partnership's regular cash distribution for the first quarter of 2007 of $0.45 per unit. The distribution will be paid on all common, subordinated and general partner units on May 15, 2007 to all unitholders of record on May 11, 2007. The aggregate amount of the distribution will be $8,373.

*Restricted units*

On April 2, 2007, the Partnership issued to each of the non-employee directors of its general partner, who are not employed by Sterling Investment Partners, 2,000 restricted common units under the Long-Term Incentive Plan for a total grant of 8,000 units. These restricted units vest on March 31, 2008, subject to earlier vesting in the event of a change in control, death, disability, retirement or resignation at the request of the Partnership. Each director's right to receive distributions on the restricted units vested as to 500 units on April 2, 2007 and will vest as to an additional 500 units on each of July 1, 2007, October 1, 2007 and January 1, 2008.

**ITEM 2.** ***Management's Discussion and Analysis of Financial Condition and Results of Operations***

**Overview**

We are a leading provider of long-haul marine transportation services, principally for refined petroleum products, in the U.S. domestic "coastwise" trade. We are also a leading provider of coastwise transportation of petrochemical and commodity chemical products, as measured by fleet capacity. Marine transportation is a vital link in the distribution of refined petroleum, petrochemical and commodity chemical products in the United States. Our existing fleet consists of ten tank vessels: six integrated tug barge units ("ITBs"); one product tanker; and three chemical parcel tankers. With the addition of four articulated tug barge units ("ATBs") currently under construction and an option to build a fifth ATB unit, we are adding double-hull newbuilds to our fleet that are in compliance with OPA 90 that will serve customers in both the refined petroleum product and chemical markets. Our primary customers are major oil and chemical companies. A significant portion of our fleet capacity is currently committed to these companies pursuant to contracts with initial terms of one year or more, which provides us with a relatively predictable level of cash flow. We do not assume ownership of any of the products that we transport on our vessels.

Our market is largely insulated from direct foreign competition because the Merchant Marine Act of 1920, commonly referred to as the Jones Act, restricts U.S. point-to-point maritime shipping to vessels operating under the U.S. flag, built in the United States, at least 75% owned and operated by U.S. citizens and manned by U.S. crews. All of our vessels are qualified to transport cargo between U.S. ports under the Jones Act.

We generate revenue by charging customers for the transportation and distribution of their products utilizing our vessels. These services are generally provided under the following four basic types of contractual relationships:

- time charters, which are contracts to charter a vessel for a fixed period of time, generally one year or more, at a set daily rate;
- contracts of affreightment, which are contracts to provide transportation services for products over a specific trade route, generally for one or more years, at a negotiated rate per ton;
- consecutive voyage charters, which are charters for a specified period of time at a negotiated rate per ton; and
- spot charters, which are charters for shorter intervals, usually a single round-trip, that are made on either a current market rate or lump sum contractual basis.

The principal difference between contracts of affreightment and consecutive voyage charters is that in contracts of affreightment the customer is obligated to transport a specified minimum amount of product on our vessel during the contract period, while in a consecutive voyage charter the customer is obligated to fill the contracted portion of the vessel with its product every time the vessel calls at its facility during the contract period.

The following table illustrates the primary distinctions among these types of contracts:

| | Contract of | Consecutive Voyage |
|---|---|---|

| | Time Charter | Affreightment | Charter | Spot Charter |
|---|---|---|---|---|
| Typical contract length | One year or more | One year or more | Multiple voyages | Single voyage |
| Rate basis | Daily | Per ton | Per ton | Varies |
| Voyage expenses | Customer pays | We pay (1) | We pay (1) | We pay |
| Vessel operating expenses | We pay | We pay | We pay | We pay |
| Idle time | Customer pays as long as vessel is available for operations | Customer pays if cargo not ready | Customer pays if cargo not ready | Customer pays if cargo not ready |

(1) Our contracts of affreightment and consecutive voyage charters generally contain escalation clauses whereby fuel cost increases are passed on to our customers.

For the three months ending March 31, 2007 and 2006, we derived approximately 80% and 75%, respectively, of our revenue under time charters, consecutive voyage charters and contracts of affreightment, and approximately 20% and 25%, respectively, of our revenue from spot charters.

The amounts received from or paid to Hess pursuant to the Hess support agreement, or Support Agreement, are not recognized as revenue or expense but are deferred for accounting purposes and will be reflected as an adjustment to the purchase price relating to the acquisition of the ITBs.

**Definitions**

In order to understand our discussion of our results of operations, it is important to understand the meaning of the following terms used in our analysis and the factors that influence our results of operations:

- *Voyage revenue*. Voyage revenue includes revenue from time charters, contracts of affreightment, consecutive voyage charters and spot charters. Voyage revenue is impacted by changes in charter and utilization rates and by the mix of business among the types of contracts described in the preceding sentence.
- *Voyage expenses*. Voyage expenses include items such as fuel, port charges, pilot fees, tank cleaning costs, canal tolls, brokerage commissions and other costs which are unique to a particular voyage. These costs can vary significantly depending on the voyage trade route. Depending on the form of contract, either we or our customer is responsible for these expenses. If we pay voyage expenses, they are included in our results of operations when they are incurred. Typically, our freight rates are higher when we pay voyage expenses. Our contracts of affreightment and consecutive voyage charters generally contain escalation clauses whereby certain cost increases, including labor and fuel, can be passed on to our customers.
- *Vessel operating expenses*. We pay the vessel operating expenses regardless of whether we are operating under a time charter, contract of affreightment, consecutive voyage charter or spot charter. The most significant direct vessel operating expenses are crewing costs, vessel maintenance and repairs, bunkers and lube oils and marine insurance.
- *Depreciation and amortization*. We incur expenses related to the depreciation of the historical cost of our fleet and the amortization of expenditures for drydockings. The aggregate number of drydockings undertaken in a given period and the nature of the work performed determine the level of drydocking expenditures. Depreciation and amortization is determined as follows:
    - Vessels and equipment are recorded at cost, including capitalized interest and transaction fees where appropriate, and depreciated to salvage value using the straight-line method as follows: ITBs and the *Sea Venture* to their mandatory retirement from transportation of petroleum as required by the Oil Pollution Act of 1990 ("OPA 90"), between 2012 and 2014; and 10 years for the *Chemical Pioneer*, the *Charleston* and the *Houston*, based on their estimated useful lives.
    - Office furniture, equipment and other are depreciated over the estimated useful life of three to ten years. Major renewals and betterments of assets are capitalized and depreciated over the remaining useful lives of the assets. Maintenance and repairs that do not improve or extend the useful lives of the assets are expensed as incurred. Leasehold improvements are capitalized and depreciated over the shorter of their useful life or the remaining term of the lease.
    - Both domestic and international regulatory bodies require that petroleum carrying shipping vessels be drydocked for major repair and maintenance twice every five years (although to date we have been able to obtain a waiver from the United States Coast Guard allowing us to drydock our ITBs once every five years, with a mid-period underwater survey in lieu of a drydock); and chemical vessels be drydocked twice every five years. In addition, vessels may have to be drydocked in the event of accidents or other unforeseen damage. We capitalize expenditures incurred for drydocking and amortize these expenditures over 60 months for the ITBs and 30 months for the parcel tankers and the *Houston*.

- *General and administrative expenses*. General and administrative expenses consist of employment costs for shore side staff and cost of facilities, as well as legal, audit and other administrative costs.
- *Total vessel days*. Total vessel days are equal to the number of calendar days in the period multiplied by the total number of vessels operating or in drydock during that period.
- *Days worked.* Days worked are equal to total vessel days less drydocking days and days off-hire.

- *Drydocking days*. Drydocking days are days designated for the inspection and survey of vessels, and resulting maintenance work, as required by the U.S. Coast Guard and the American Bureau of Shipping to maintain the vessels' qualification to work in the U.S. coastwise trade. Both domestic (U.S. Coast Guard) and international (International Maritime Organization) regulatory bodies require that our ITBs be drydocked for major repair and maintenance twice every five years (once every five years with a waiver from the U.S. Coast Guard and a mid-period underwater survey in lieu of drydocking), our parcel tankers and *Houston* be drydocked twice every five years and the petroleum tankers being constructed by the Joint Venture be drydocked twice every five years. Drydocking days also include unscheduled instances where vessels may have to be drydocked in the event of accidents or other unforeseen damage.
- *Net utilization*. Net utilization is a primary measure of operating performance in our business. Net utilization is a percentage equal to the total number of days worked by a vessel or group of vessels during a defined period, divided by total vessel days for that vessel or group of vessels. Net utilization is adversely impacted by drydocking, scheduled and unscheduled maintenance and idle time not paid for by the customer.
- *Time charter equivalent*. Time charter equivalent, another key measure of our operating performance, is equal to the net voyage revenue (voyage revenue less voyage expenses) earned by a vessel during a defined period, divided by the total number of actual days worked by that vessel during that period. Fluctuations in time charter equivalent result not only from changes in charter rates charged to our customers, but also from voyage expenses incurred as well as from external factors such as weather or other delays.

**Results of Operations**

The following table summarizes our results of operations (dollars in thousands, except for average time charter equivalent rates and per unit data):

| | For the Three Months Ended March 31, | |
|---|---|---|
| | 2007 | 2006 |
| Voyage revenue | $ 42,082 | $ 37,049 |
| Vessel operating expenses | 14,918 | 13,600 |
| % of voyage revenue | 35.4% | 36.7% |
| Voyage expenses | 7,437 | 7,335 |
| % of voyage revenue | 17.7% | 19.8% |
| General and administrative expenses | 3,765 | 2,826 |
| % of voyage revenue | 8.9% | 7.6% |
| Depreciation and amortization | 9,048 | 7,658 |
| Other expense (income) | (3,486) | — |
| Total operating expenses, net | 31,682 | 31,419 |
| Operating income | 10,400 | 5,630 |
| % of voyage revenue | 24.7% | 15.2% |
| Interest expense | 6,917 | 1,557 |
| Interest income | (2,675) | (124) |
| Income before income taxes and minority interest | 6,158 | 4,197 |
| Provision (benefit) for income taxes | 420 | (3) |
| Income before minority interest | 5,738 | 4,200 |
| Minority interest in Joint Venture losses | 11 | — |
| Net income | $ 5,749 | $ 4,200 |
| Distribution declared per unit in respect of the period | $ 0.45 | $ 0.45 |
| Total vessel days | 900 | 810 |
| Days worked | 893 | 790 |
| Drydocking days | — | — |
| Net utilization | 99% | 98% |
| Average time charter equivalent rate | $ 38,796 | $ 37,599 |

***Three Months Ended March 31, 2007 Compared to Three Months Ended March 31, 2006***

*Voyage Revenue.* Voyage revenue was $42.1 million for the three months ended March 31, 2007, an increase of $5.0 million, or 14%, as compared to $37.0 million for the three months ended March 31, 2006, due primarily to the addition of the *Sea Venture*, which was placed in service in June 2006 and contributed approximately $3.5 million in revenues during the quarter ended March 31, 2007. Additionally, an increase in time charter equivalent rates of approximately 3% on the remaining fleet and an increase in the days worked together added approximately $1.5 million of revenue. Time charter equivalent rates were positively impacted by stronger spot market rates in the latter half of the quarter. The revenue increases were offset by decreased fuel escalation provision charges. Contracts of affreightment and consecutive voyage charters generally provide for fuel escalation charges that are designed to protect us against increases in fuel prices. Fuel escalation provision charges were $1.7 million for the three months ended March 31, 2007 compared to $2.0 million for the three months ended March 31, 2006.

*Vessel Operating Expenses.* Vessel operating expenses were $14.9 million for the three months ended March 31, 2007, an increase of $1.3 million, or 9.7%, as compared to $13.6 million for the three months ended March 31, 2007. The addition of the *Sea Venture* added $1.7 million of vessel operating expenses. As a percentage of revenue, vessel operating expenses decreased to 35.4% for the three months ended March 31, 2007 from 36.7% for the three months ended March 31, 2006. This percentage decrease of 1.3% is primarily attributable to an increase in time charter equivalent rates.

*Voyage Expenses.* Voyage expenses were $7.4 million for the three months ended March 31, 2007, an increase of $0.1 million, or 1%, as compared to $7.3 million for the three months ended March 31, 2006. The increase was due primarily to the addition of the *Sea Venture,* which contributed $0.8 million, offset by the *Houston* no longer trading in the spot market and beginning a long-term time charter in mid 2006. Under a time charter, the charterer is responsible for such voyage expenses.

*General and Administrative Expenses.* General and administrative expenses were $3.8 million for the three months ended March 31, 2007, an increase of $0.9 million, or 33%, as compared to $2.8 million for the three months ended March 31, 2006. This increase is primarily attributable to an increase in personnel and the use of professional firms incurred primarily to manage our growth, including the construction of the tankers and ATBs.

*Depreciation and Amortization.* Depreciation and amortization was $9.0 million for the three months ended March 31, 2007, an increase of $1.4 million, or 18%, compared to $7.7 million for the three months ended March 31, 2006. Approximately $1.1 million of the increase is attributable to the addition of the *Sea Venture,* which was acquired for $4.1 million in November 2005 and placed in service in June 2006 upon completion of its drydocking, which cost approximately $9.9 million, and an increase of $0.3 million is attributable to the amortization of drydocking expenditures which fluctuates based upon the timing and schedule of the drydockings.

*Other Expense (Income).* In connection with the settlement of a contract of affreightment, we recorded approximately $3.5 million in other income during the three months ended March 31, 2007. We reached a settlement with a major oil and chemical customer to terminate a contract of affreightment under which the customer was obligated to purchase services for the transport of minimum freight volumes through late 2007 from a manufacturing facility that it sold. As a result, we received $3.5 million from the customer in exchange for releasing the customer from its future obligations under the contract of affreightment. Simultaneously, a new three year contract of affreightment with reduced volumes was agreed upon in principle with the same customer.

*Interest Expense.* Interest expense was $6.9 million for the three months ended March 31, 2007, an increase of $5.4 million, compared to $1.6 million for the three months ended March 31, 2006. The increase is attributable to a higher average outstanding debt balance during the first quarter of 2007 coupled with an increase in interest rates and amortization of debt financing fees. Interest expense for the three months ended March 31, 2007 and 2006 does not include capitalized interest of $4.5 million and $0.5 million, respectively. The average effective interest rate for the three months ended March 31, 2007 was approximately 10% compared to approximately 6% for the three months ended March 31, 2006.

*Interest Income*. Interest income, consisting of interest earned on our invested balances, was $2.7 million for the three months ended March 31, 2007, an increase of $2.6 million, compared to $0.1 million for the three months ended March 31, 2006. The increase relates to the Partnership's restricted cash accounts. The restricted cash accounts include two escrow accounts which were established as part of the Partnership's 2006 debt and equity financings to fund the construction of at least three new ATBs and the Partnership's remaining committed equity contributions to the joint venture entered into by the Partnership in 2006. Interest income will decrease as funds in these escrow accounts are used to fund the construction of the three new ATBs and the Partnership's equity contributions to the joint venture. During the three months ended March 31, 2007, we had an average of approximately $207.8 million in the two escrow accounts. We currently anticipate that we will use approximately $101.2 million of the escrowed amounts during the next twelve months.

*Provision (Benefit) for Income Taxes.* We are generally not responsible for federal and state income taxes, and our profits and losses are passed directly to our members for inclusion in their respective income tax returns. Chemical Pioneer Inc., our corporate subsidiary, is subject to federal, state and local income taxes. The provision for income taxes for the three months ended March 31, 2007 was $0.4 million, compared to a benefit for income taxes of $3 thousand for the three months ended March 31, 2006. The increase is attributable to an increase in the pre-tax operating income at our corporate subsidiary, due to increased revenue rates coupled with a reduction in drydock amortization expenses, as the 2003 drydocking expenditures for the *Chemical Pioneer* became fully amortized in April 2006.

*Minority Interest in Joint Venture Losses.* For the three months ended March 31, 2007, we recorded minority interest in Joint Venture losses of $11 thousand, relating to the 60% of the Joint Venture owned by third parties.

*Net Income.* The net income for the three months ended March 31, 2007 was $5.7 million, an increase of $1.5 million, compared to net income of $4.2 million for the three months ended March 31, 2006. An increase in operating income of $4.8 million, resulting in large part from the $3.5 million contract settlement, combined with an increase in interest income of $2.6 million, partially offset by an increase in interest expense of $5.4 million and an increase in the provision for income taxes of $0.4 million, were the primary reasons for the increase in net income.

**Liquidity and Capital Resources**

***Operating Cash Flows***

Net cash provided by operating activities was $8.4 million for the three months ended March 31, 2007, compared to $8.0 million for the three months ended March 31, 2006. The increase in operating cash flows of $0.4 million in quarter ended March 31, 2007 compared to the same period in 2006 is primarily the result of a change in the fluctuation in operating assets and liabilities of $7.5 million offset by a decrease in the expenditures for drydockings of $4.6 million, an increase in non-cash items of $1.8 million and an increase in net income of $1.5 million.

The change in the fluctuation of operating assets and liabilities was primarily affected by an increased use of cash to fund increases in accounts receivable, other assets and a reduction in accrued expenses and other liabilities. Capitalized drydocking expenditures decreased due to the timing of scheduled drydockings. We currently have two drydocks scheduled for the second half of 2007.

Non-cash items in the three months ended March 31, 2007 were affected primarily by an increase in depreciation and amortization of $1.6 million. Depreciation and amortization increased due to the addition of the *Sea Venture*, which was placed in service in June 2006, the additional drydockings that are being amortized and the additional amortization of the deferred financing fees incurred in connection with the financing transactions in August 2006.

***Investing Cash Flows***

Net cash used in investing activities totaled $21.9 million for the three months ended March 31, 2007, an increase of $6.3 million, compared to $15.6 million for the three months ended March 31, 2006. In the three months ended March 31, 2007, we made $21.4 million of payments toward the construction of the ATBs and the Joint Venture made $3.9 million of payments toward the construction of tankers. Of this $25.3 million, $5.7 million was obtained from the restricted cash accounts and the balance was obtained through financing activities. Additionally, in the three months ended March 31, 2007, the Joint Venture purchased a $100,000 nine year interest rate cap effective April 1, 2007 for $1.9 million, including transaction fees. In the three months ended March 31, 2006, we made payments toward the construction of the ATBs of $11.5 million and paid $5.0 million to secure a shipyard slot for the construction of the new product tankers.

The amounts received from or paid to Hess pursuant to the Hess Support Agreement are not recognized as revenue or expense but are deferred for accounting purposes and will be reflected as an adjustment to the purchase price of the ITBs purchased from Hess at the end of the Hess Support Agreement in September 2007. Pending such adjustment, they are included in cash flows from investing activities as advances from (payments