# EXHIBIT I

# This Exhibit is Redacted in Full

# EXHIBIT J

Lloyd's List
Founded 1734



**Regulation**

## US signals zero tolerance for polluters

**Company News**

**Shipowners warned they could face jail or swingeing fines, as punitive policy aims to crack down on 'epidemic of crimes', writes Rajesh Joshi in New York- Thursday February 09 2006**





The Baltic Exchange
Shipping Risk Management
Cass Business School
City of London
Advertisement

WASHINGTON has laid down the law to shipowners and operators — pollute US waters and we'll jail you or run you out of town.

The "going rate" for oily water separator offences in the US is "going up" and Washington will aggressively seek prison time for individuals and swingeing fines for companies perpetrating such crimes, a top Department of Justice official told a New York conference this week.

The warning, delivered under the banner "The Image of Shipping — Perception and Reality", sought to convince owners and crews that the department would have no mercy until the industry realises the inevitability of "zero tolerance" and fundamentally revamps its culture.

Richard Udell, senior trial attorney at the Department of Justice's environmental crimes section, said at the Hellenic- Norwegian-American joint shipping conference that such punitive measures were the only deterrence against what he described as an epidemic of crimes.

Washington has prosecuted 30 criminal cases between 1995 and 2005 involving intentional discharge of oil, 21 of which have come since 2002. A total of $133m in criminal fines has been levied since 1998, Mr Udell revealed.

The last major case was sentenced last week, involving a $10m fine — the highest ever on a single ship and the largest environmental fine in Massachusetts history — on MSC Ship Management (Hong Kong). The chief engineer and second engineer of the offending ship, the 1994-built, 36,887 dwt, 2,394 teu containership MSC Elena, face jail time in the US.

Mr Udell said almost all oily water cases involve obstruction of justice, as in witness tampering, destruction of evidence, alteration of documents and perjury — logically, the only watertight jurisdiction the US would have on crimes on the high seas.

However, he said such crimes "always" derive from financial and cost-cutting motives, and advised crew who would potentially "obey orders" that going to jail was simply too high a price to pay.

About 25%-30% of the enforcement actions derive from whistle-blowing crews — several of whom profess ignorance of the US bounty law that provides up to 50% reward out of fines collected — and a small number from "foreign referrals", Mr Udell said. However, he said the biggest proportion still comes out of routine Coast Guard inspections.

How the shipowner responds to the discovery of crimes dictates the final sentencing outcome, he said. This would inevitably shape the company's "future image", he concluded. He exhorted companies to embrace a cultural change, involving crew training, audits, formal written policies and other safeguards.

In response to a question, Mr Udell said sentences in future crimes could include sanctions, including barring the guilty companies from trading into the US.

Echoing Mr Udell's theme, Rear Admiral Thomas Gilmour of the US Coast Guard said companies could burnish their image by denouncing deliberate dumping, and getting the quality message "all the way to the deck plate".

However, this federal tag team encountered a determined contrarian in the audience. Bill Gray, a Connecticut maritime consultant, blasted Washington for

penalising such offences while ignoring technical realities on the one hand, and ignoring its own international obligations on the other.

Oily water separator technology is still imperfect and most separators "simply do not work", Mr Gray said. The US is remiss in not providing shoreside slop reception facilities as mandated by Marpol, he added.

The recent case of the Athos I is also redolent of a double standard since a derelict anchor on a federal riverbed caused the oil spill, Mr Gray said.

Mr Udell rejected the first charge, saying prosecutions are never exclusively a technical issue. The fact that the culture is corrupted transcends the technical aspect, he insisted.

Likewise, Adm Gilmour asserted that the US is doing what is necessary on the sludge discharge facilities, but the "issue is cost".

**Back to View All Headlines »**

ABC ELECTRONIC

**Terms & Conditions | Privacy Statement**
© 2006 Informa plc: The content of this web site is copyright by Informa plc. Reproduction, retrieval, copying or transmission of the content of this site is not permitted without the publisher's prior consent.
Lloyd's is the registered trademark of the Society incorporated by the Lloyd's Act 1871 by the name of Lloyd's

CMA CGM builds on CHZ terminal stake

Port Authority convinced by shortsea cargo alternative

**Read All »**

# US cracks down on waste offenders

THE pace of American prosecutions for illegal oily waste discharges is increasing and fines levied against guilty operators will be made harsher, according to the US Department of Justice (DOJ). "The cost of non-compliance will go up until we see better deterrence than we're seeing now," maintained Richard Udell, senior trial attorney for the DOJ environmental crimes division. Addressing the Hellenic/Norwegian American Chambers of Commerce Conference yesterday, Udell cited specific recent examples of shipping's premeditated violations of US law, calling it "an absolute epidemic, with no let-up". New US investigations are now being launched at a rate of one every 2-3 weeks, he revealed, with 25-30% spurred by whistleblowers. In extreme cases – as with repeat violator Boyang Shipping – Udell said probationary agreements could call for an operator's ban from trading in US waters upon future violations. US Coast Guard Rear Admiral Thomas Gilmour added that 30 criminal cases have been successfully prosecuted against shipping operators between 1995 and 2005, with the highest number – seven – occurring last year.

FAIRPLAY
Feb 8, 2006

# EXHIBIT K

Print Page Close Window

## U.S. Shipping Partners Joint Venture Has Chartered Two of Its Domestic Product Tanker Newbuildings to the US Navy

EDISON, NJ, Jul 09, 2007 (MARKET WIRE via COMTEX News Network) -- U.S. Shipping Partners L.P. (NYSE: USS) (the "Partnership") announced today that the US Navy's Military Sealift Command has agreed to charter two new tankers being constructed for the Partnership's joint venture. The initial charter will be for twelve months at a cost of approximately $51 million. The Navy then has options to extend the charters via three one-year options and a further 11-month option, which if exercised would increase the cost to approximately $220 million.

The US Navy said the ships would be deployed globally to transport petroleum products in support of US military forces. They will replace the current government-owned T-5 tankers that are expected to reach the end of their service life in 2010.

The ships, due for delivery to the Navy in late 2010 and early 2011, are part of a series of nine 49,000-dwt tankers on order at San Diego's National Steel and Shipbuilding Company. U.S. Shipping Partners fixed the first of this series of vessels to oil major BP in December 2006.

Mr. Paul Gridley, Chairman and Chief Executive Officer of U.S. Shipping Partners, stated: "We are pleased to have this award, which we believe validates our newbuilding strategy. Competition for this award was vigorous. Although only one year of the charter is firm, we believe the Navy will exercise the options to extend the charter of these vessels."

The Partnership, through its subsidiary USS Product Carriers LLC ("Product Carriers"), entered into a contract, effective March 14, 2006, with the National Steel and Shipbuilding Company ("NASSCO"), a subsidiary of General Dynamics Corporation ("General Dynamics"), for the construction of nine 49,000 deadweight ton ("dwt") double-hulled tankers. General Dynamics provided a performance guarantee to Product Carriers in respect of the obligations of NASSCO under the construction contract. NASSCO is scheduled to deliver the first tanker in the second quarter of 2009, with subsequent tankers delivered every six to eight months. We currently expect the cost to construct these nine tankers to aggregate approximately $1.0 billion, exclusive of capitalized interest. The base contract price is subject to increase based on increases in certain published price indexes. In addition, NASSCO and Product Carriers share in any cost savings achieved measured against the original contract price based on the terms of the construction contract. On August 7, 2006, the Partnership entered into a joint venture, USS Products Investor LLC, to finance the construction of the first five petroleum tankers.

About U.S. Shipping Partners L.P.

U.S. Shipping Partners L.P. is a leading provider of long-haul marine transportation services, principally for refined petroleum products, in the U.S. domestic "coastwise" trade. U.S. Shipping Partners L.P. is also involved in the coastwise transportation of petrochemical and commodity chemical products. For additional information about U.S. Shipping Partners L.P., please visit www.usslp.com.

This press release includes "forward-looking statements" as defined by the Securities and Exchange Commission. All statements, other than statements of historical facts, included in this press release that address activities, events or developments that the Partnership expects, believes or anticipates will or may occur in the future are forward-looking statements. These statements are based on certain assumptions made by the Partnership based on its experience and perception of historical trends, current conditions, expected future developments and other factors it believes are appropriate in the circumstances. Such statements are subject to a number of assumptions, risks and uncertainties, many of which are beyond the control of the Partnership, which may cause our actual results to differ materially from those implied or expressed by the forward-looking statements. Such assumptions, risks and uncertainties are discussed in detail in the Partnership's filings with the SEC.

Contact Information:
Albert Bergeron
Chief Financial Officer
U.S. Shipping Partners L.P.
1-866-467-2400

SOURCE: U.S. Shipping Partners L.P.