**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OSG PRODUCT TANKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>USS PRODUCT CARRIERS LLC,<br><br>Intervenor. | ) | Case No. 07-561C<br>Judge Hodges |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**TO FILE ITS MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Pursuant to RCFC 7(b)(1), Plaintiff, OSG Product Tankers LLC ("Product Tankers"), hereby moves this Court for an enlargement of time to file its Motion to Supplement the Administrative Record.

The Government timely filed the Administrative Record on Friday, August 3, 2007, and delivered to counsel for Product Tankers via Federal Express. Counsel for Product Tankers, however, did not actually receive the Administrative Record until Monday, August 6, 2007. As a result, Product Tankers requests an enlargement of time until Monday, August 20, 2007, to file its Motion to Supplement the Administrative Record. The United States and Intervenor, USS Product Carriers LLC, do not oppose this motion. Product Tankers likewise requests that the Joint Schedule be modified as follows:

- The Government files its response to Product Tankers' Motion to Supplement the Administrative Record be moved from August 23, 2007 to August 27, 2007; and
- The hearing with Judge Hodges, regarding the discovery requests, if necessary, be moved from August 27, 2007 to August 31, 2007.

These dates are acceptable to the United States and the Intervenor.

Dated: August 17, 2007

Respectfully submitted,

s/ John J. Pavlick, Jr.________
John J. Pavlick, Jr.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Of Counsel:
Lars E. Anderson
Dismas N. Locaria
Peter A. Riesen
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

William A. Shook
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778-9100