# In the United States Court of Federal Claims

* * * * * * *

OSG PRODUCT TANKERS LLC, *

Plaintiff, * No. 07-561C

v. * Filed: August 17, 2007

UNITED STATES OF AMERICA, *

Defendant, and *

USS PRODUCT CARRIERS LLC, *

Defendant - Intervenor. *

* * * * * * *

**AMENDED SCHEDULING ORDER**

Plaintiff seeks an enlargement to August 20 within which to file its motion to supplement the administrative record. Defendant and Intervenor do not oppose this request provided they receive a similar extension of time to file their responses. Accordingly, plaintiff's motion for enlargement is GRANTED. This order modifies the July 31 scheduling order as follows:

| | Old Date | New Date |
|---|---|---|
| Plaintiff's Motion to Supplement Record | August 17 | August 20 |
| Defendant's and Intervenor's Responses | August 23 | August 27 |
| Hearing on pending motions | August 27 | August 31 |

The court will hold the hearing on Friday, August 31, at 10:00 a.m. at the National Courts Building.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge