# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**Bid Protest**

| | |
|---|---|
| OSG PRODUCT TANKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and,<br><br>USS PRODUCT CARRIERS LLC,<br><br>Defendant, Intervenor | Civil Action No. 07-561C<br>(Judge Robert H. Hodges, Jr.) |

## MOTION TO SUBSTITUTE COUNSEL

Pursuant to RCFC 83.1(c)(4), Defendant-Intervenor USS Product Carriers LLC, ("USSPC"), hereby moves the Court to substitute Constantine G. Papavizas of Winston & Strawn LLP as counsel of record in the place of Eric J. Marcotte of Winston & Strawn LLP.

An affidavit of appointment is attached hereto, and current counsel of record consents to this substitution as evidenced by his signature below.

CONSENTED TO:

Eric J. Marcotte
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000
Fax: (202) 282-5100
Email: emarcotte@winston.com

Respectfully submitted,

Constantine G. Papavizas
WINSTON & STRAWN LLP
1700 K Street, N.W
Washington, D.C. 20006
(202) 282-5000,
Fax: (202) 282-5100
Email: cpapavizas@winston.com

Attorney for USS Product Carriers LLC