**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | |
|---|---|
| OSG PRODUCT TANKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and,<br><br>USS PRODUCT CARRIERS LLC,<br><br>Defendant, Intervenor | Civil Action No. 07-561C<br>(Judge Robert H. Hodges, Jr.) |

**AFFIDAVIT OF APPOINTMENT**

I, Constantine G. Papavizas, state and declare as follows:

1. I am a partner in the law firm of Winston & Strawn LLC in Washington, D.C. and am a member of the Bar of this Court;

2. Winston & Strawn LLC has represented Defendant-Intervenor USS Product Carriers LLC ("USSPC") from the outset of this matter;

3. In order to timely file the motion to intervene on behalf of USSPC pending my admission the Bar of this Court, Eric J. Marcotte of Winston & Strawn LLP initially appeared as counsel of record;

4. Having now been admitted to the Bar of this Court, USSPC has requested that I obtain the leave of this Court to appear as counsel of record;

5. Eric J. Marcotte wishes to withdraw as counsel of record as evidenced by his signature on the Motion to Substitute Counsel;

6. This substitution as counsel will not cause any delay in this case, and I intend to argue the pending motion on behalf of USSPC on August 31, 2007.

7. Counsel for the Plaintiff and the Government have consented to the Motion to Substitute Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2007.

Constantine G. Papavizas