**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OSG PRODUCT TANKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>USS PRODUCT CARRIERS, LLC,<br><br>Intervenor. | Case No. 07-561C<br>Judge Hodges |

**SECOND PROPOSED SCHEDULE**

Pursuant to the parties' telephonic status conference with the Court on September 7, 2007, defendant respectfully submits this second proposed schedule on behalf of the parties. Counsel for defendant has discussed this proposed schedule with counsel for plaintiff and counsel for defendant-intervenor, and the parties have agreed to this proposed schedule.

September 12, 2007: Defendant files defendant's response to plaintiff's motion to amend complaint and partial motion to dismiss Count IV of plaintiff's amended complaint.

September 18, 2007: Plaintiff files plaintiff's response to defendant's partial motion to dismiss Count IV of plaintiff's amended complaint.

The parties propose that plaintiff file plaintiff's motion for judgment upon the administrative record within five business days after the Court has ruled upon defendant's partial

motion to dismiss Count IV of plaintiff's amended complaint. The parties propose that the remaining briefs in this case be filed according to the following schedule:

- Within 12 business days after plaintiff has filed plaintiff's motion for judgment upon the administrative record, defendant and defendant-intervenor will file their responses to plaintiff's motion for judgment upon the administrative record and cross-motions for judgment upon the administrative record.'
- Within 5 business days after defendant and defendant-intervenor have filed their responses to plaintiff's motion for judgment upon the administrative record and cross-motions for judgment upon the administrative record, plaintiff will file plaintiff's response to defendant and defendant-intervenor's cross-motions for judgment upon the administrative record.
- Within 5 business days after plaintiff has filed plaintiff's response to defendant and defendant-intervenor's cross-motions for judgment upon the administrative record, defendant and defendant-intervenor will file their responses to plaintiff's reply.

Following the filing of the final written submission, the Court will schedule oral argument.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

September 12, 2007

Certificate of Filing

I hereby certify that on September 12, 2007, a copy of the foregoing “SECOND PROPOSED SCHEDULE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara Kilfoyle