EXHIBIT A

# OSG contests US contract award

A New York owner is seeking to overturn a US decision that barred it from a sizeable military contract.

**Joe Brady** Stamford

Overseas Shipholding Group (OSG) has come out swinging in a bid to reverse its disqualification from a US military contract worth up to $220m on the basis of its environmental crimes.

OSG's 46-page complaint to the US Court of Claims has a little bit of everything as the New York owner rips rival US Shipping (USS) as financially unsound, questions whether the US Navy's Military Sealift Command (MSC) was up to no good in prematurely opening OSG's sealed bid and even throws an elbow at Danish owner Maersk for its past waste-oil violations (*see story below*).

OSG also points out that US Shipping (USS) — which MSC selected after spurning OSG — is charging the American taxpayer some $16.4m more than OSG would have for the initial one-year firm contract period on two Jones Act products-tanker newbuildings to be delivered in late 2010 and early 2011.

MSC has shown evident bias against OSG and in favour of New Jersey-based USS, OSG asserts, even when another US government agency — the Maritime Administration (MarAd) — decided only two months earlier that OSG should not be barred from US contracts as a result of its waste-oil crimes, which resulted in a record $37m settlement with the US Department of Justice (DoJ) earlier this year.

Even old adversaries at the DoJ and the US Coast Guard urged MarAd not to compound OSG's punishment by banning it from government contracts, OSG reveals in its court filing.

"They felt debarment [disqualification] of OSG could even be counter-productive to their enforcement efforts since it would set a bad example to further penalise a company that has co-operated extensively, pled guilty and been sentenced to three-year probation, agreed to pay huge fines and community service, and agreed to implement an undeniably comprehensive and expensive environmental-compliance plan," according to OSG's quote of the MarAd report.

OSG claims MSC contracting officer Diana Fischer erred in a variety of ways in determining the owner "not responsible" for the award:

•• Once MarAd had made its determination as "lead agency" for the US government, MSC had no authority to freelance its own judgment as to OSG's eligibility.

•• The entity seeking MSC's business was Tampa-based subsidiary OSG Product Tankers LLC, a US-flag outfit not involved with the dozen international-flag tankers implicated in the waste-oil violations. OSG owns only 75% of Product Tankers, with the remainder held by Aker, the Philadelphia shipyard that is building the products tankers to be bareboat chartered to OSG.

•• While MSC seemed determined to view OSG's environmental woes in the worst light possible, it virtually ignored USS's "poor financial condition", the brief argues. Toward this end, OSG points out USS's lower credit ratings, its downgrade to "sell" and "high risk" in an October 2006 Citigroup report, and the New Jersey company's ability to finance only the first five of its nine-tanker newbuilding commitment at San Diego shipyard Nassco. "If financing cannot be arranged for the remaining four tankers, then the price for the first five tankers will increase," OSG asserted, and "could jeopardise the ability of USS to complete the tankers or charter them to the MSC".

OSG is seeking an overturn of the award and reinstatement as the winning bidder.

A call to USS management was not returned before TradeWinds went to press. MSC spokesman Tim Boulay said: "The US government is vigorously defending the contracting officer's award decision."



US: OSG says mistakes were made in determining the award. Photo: Reuters