EXHIBIT B

# Ships manned by US crew 'more clean and green'

Joe Brady Stamford

Is a shipowner's crew likely to be more clean and green simply by dint of being American?

That is one of the interesting propositions and questions raised by Overseas Shipholding Group (OSG) in its bid to win back a $220m US government contract that it has lost — for now — on the basis of its own misdeeds with waste oil and record-keeping.

While a judge is pondering that question, he can also consider a couple of others posed by the New York tanker owner: why did someone at the US Navy's Military Sealift Command (MSC) open OSG's bid at the announced deadline, only to quickly announce an extension of the tender at the request of another bidder?

Why did winning bidder US Shipping (USS) get to "front load" its bids at a charter rate some 35% higher in the first firm year of the contract than in each of the four option years, plus receive a "delivery bonus" of $1.3m for each tanker?

And why did OSG get booted out when another environmental polluter, Maersk, got to do MSC work in 2005 amid its own waste-oil problems in the US?

The MSC penalised OSG on the basis of its guilty pleas to felony pollution violations involving a dozen vessels — all in its international fleet and manned by non-US crews.

But the company seeking the MSC work is an OSG/Aker subsidiary running only Jones Act vessels with American crews, none involved in the criminal settlement.

"The unblemished record of the US-flag vessels may be attributed in part to the fact that the officers and crews manning the US-flag vessels are US citizens or legal residents [who] by virtue of living in the US have been exposed to governmental and media anti-pollution campaigns for decades," OSG observed.

"In the US, there is a strong moral stigma against polluters that is simply not present in many other countries," OSG wrote.

In the mysterious case of the unsealed envelope, OSG tells the judge it delivered a timely bid on the afternoon of 28 March, only to be told 30 minutes later of the extension. When OSG asked to retrieve its bid, it found the envelope had been opened. The company requesting the extension has never been identified, OSG says.

On the numbers, OSG faults USS being allowed to bill $74,000 per day and $79,400 per day for the two tankers in the first firm year, with option years ranging between $55,000 per day and $58,000 each. This is without the combined $2.6m in "delivery bonus".

OSG's own bid numbers are blacked out in the court complaint but it is claimed that OSG's bid is $16.4m lower in the first firm year. This would roughly translate to a bid of around $55,000 per day for each of the Aker Philadelphia-built 46,000-dwt products tankers.

Lastly, OSG asserts that MSC awarded Maersk affiliate Maersk Line Ltd a contract worth up to $161m in 2005 only months before the international parent pled guilty to waste-oil and record-keeping violations similar to OSG's. MSC not only let the one-year firm contract stand but took no step to prevent extension through one-year options.

Shipping Risk Management

2 day executive training programme

Copenhagen 26-27 September 2007
Dubai 7-8 November 2007
London 13-14 November 2007

Freight, bunker, ship price, credit, foreign exchange and interest rate risk management.
www.balticexchange.com/training

The Baltic Exchange

CITY Cass Business School City of London