**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OSG PRODUCT TANKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>USS PRODUCT CARRIERS, LLC,<br><br>Intervenor. | Case No. 07-561C<br>Judge Hodges |

**THIRD PROPOSED SCHEDULE**

Pursuant to the parties' telephonic status conference with the Court on October 26, 2007, the parties respectfully submit this third joint proposed schedule.

| | |
|---|---|
| November 12, 2007: | Plaintiff files plaintiff's motion for judgment upon the administrative record. |
| December 3, 2007: | Defendant and defendant-intervenor file responses to plaintiff's motion for judgment upon the administrative record and cross-motions for judgment upon the administrative record. |
| December 12, 2007: | Plaintiff files plaintiff's response to defendant and defendant-intervenor's cross-judgments upon the administrative record and reply in support of plaintiff's motion for judgment upon the administrative record. |

December 21, 2007: Defendant and defendant-intervenor file replies in support of their motions for judgment upon the administrative record.

The parties respectfully request that after the holidays, the Court hold oral argument upon the parties motions for judgment upon the administrative record. The parties respectfully propose that they jointly submit several proposed potential dates for oral argument in the near future.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ John Pavlick
JOHN J. PAVLICK
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004
Tele: (202) 344-4894
Fax: (202) 344-8300

Attorney for Plaintiff

s/ Donald Kinner
DONALD E. KINNER
Assistant Director

s/Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

s/Constantine Papavizas
Constantine G. Papavizas
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tele: (202) 282-5732
Fax: (202) 282-5100

Attorney for Defendant-Intervenor

November 5, 2007

Certificate of Filing

I hereby certify that on November 5, 2007, a copy of the foregoing "THIRD PROPOSED SCHEDULE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara Kilfoyle