# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| OSG PRODUCT TANKERS LLC, | * | |
| Plaintiff, | * | No. 07-561C |
| v. | * | Filed: November 9, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant, and | * | |
| USS PRODUCT CARRIERS LLC, | * | |
| Defendant - Intervenor. | * | |
| * * * * * * | * | |

**ORDER**

Plaintiff filed a motion for reconsideration of the October 24th ruling that its amendment to the Complaint was unnecessary or irrelevant and therefore denied. The issue in this case is whether the contracting officer's decision that plaintiff was not a responsible party for the purposes of this contract was unfair. That is, whether the contracting officer made the decision under the mistaken impression that plaintiff was another entity, thereby confusing plaintiff's record with that of its parent or affiliate. The parties agree that if plaintiff can prove this allegation, plaintiff wins. The Government would award the contract to plaintiff because it was the lowest bidder. However, the decision must be made on the basis of the record as it exists and not according to a record that may form as a result of the passage of time.

Plaintiff's additional theory is an attempt to show that the winning bidder was not responsible. It claims standing to make this argument on the basis that such a showing would force the Government to resolicit bids, thereby giving plaintiffs more time to show that the contracting officer's responsibility decision was unfair or mistaken. The cases discussed by the parties are not directly on point. It does not seem to us that the purpose of the bid protest process is to give the losing bidder more time to prove its case. We see no reason to reconsider the initial ruling.

This is a straightforward explanation of the earlier ruling in a case that may have subtleties of which we are not aware. Therefore, and because of the importance of this procurement, we offer the parties an opportunity to argue the matter further next week, on the record. If plaintiff's argument essentially is that stated in this Order, however, the motion for reconsideration will be denied and plaintiff will be taxed defendant's reasonable costs of preparing for and attending the hearing. The hearing would be on Wednesday, November 14 at 2:00 p.m. in the National Courts Building.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge