**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OSG PRODUCT TANKERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>USS PRODUCT CARRIERS, LLC,<br><br>Defendant, Intervenor. | ) | Case No. 07-561C<br>Judge Hodges |

**NOTICE AND MOTION TO EXCEED PAGE LIMITATION**

Pursuant to the suggestion of the parties and the Court during the Hearing on November 14, 2007, the parties have conferred and agreed upon a proposed resolution regarding the length of Plaintiff's Memorandum in Support of its Motion for Judgment on the Administrative Record (the "Memorandum") and what additional documents will be filed with the Memorandum. This issue was raised in Defendant's Motion to Strike, filed November 13, 2007, and Intervenor's Motion to Strike Pages Exceeding the Page Limitation, filed November 14, 2007, and argued during the Hearing on November 14, 2007.

The parties have agreed that, subject to the Court's approval, Plaintiff will revise its Memorandum so that the Memorandum will not exceed 70 pages in length, including the information currently set forth in Appendix 1 to Attachment 1 to Plaintiff's Statement of Facts. The parties have also agreed that Plaintiff may file with its Motion a proposed Joint Stipulation of Facts which will not be subject to the 70-page limitation. Plaintiff

will file its revised Memorandum and proposed Joint Stipulation of Facts by Monday, November 19, 2007.

Defendant and Intervenor will propose additional facts or changes to the proposed Joint Stipulation of Facts with their responses to Plaintiff's Motion and their Cross-Motions for Judgment on the Administrative Record, which will not be subject to the page limitations of those responses. The parties further agree that defendant and intervenor may also utilize an equivalent number of extra pages as plaintiff in their responses and cross-motions for judgment upon the administrative record.

Defendant and Intervenor's time to file their responses and cross-motions for judgment upon the administrative record shall run from the filing of Plaintiff's Revised Motion for Judgment Upon the Administrative Record and proposed Joint Statement of Facts. The parties will jointly submit a revised briefing schedule with revised specific due dates for the convenience of the Court.

If this agreement is acceptable to the Court, Defendant and Intervenor will withdraw their Motions to Strike.

Accordingly, Plaintiff respectfully moves this Court to grant it an enlargement of the page limitation to 70 pages for its Memorandum in Support of its Motion for Judgment on the Administrative Record. As indicated above, Defendant and Intervenor do not object to this enlargement.

Dated: November 19, 2007

Respectfully submitted,

s/ John J. Pavlick, Jr.
John J. Pavlick, Jr.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

s/Constantine Papavizas
Constantine G. Papavizas
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tele (202) 282-5732
Fax: (202) 282-5100
Attorney for Defendant-Intervenor

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant