**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OSG PRODUCT TANKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>USS PRODUCT CARRIERS, LLC,<br><br>Intervenor. | Case No. 07-561C<br>Judge Hodges |

**FOURTH PROPOSED SCHEDULE**

Pursuant to the notice filed by the parties on November 19, 2007, and the Court's Order of November 19, 2007, the parties respectfully submit this fourth joint proposed schedule.

November 19, 2007: Plaintiff filed plaintiff's motion for judgment upon the administrative record.

December 13, 2007: Defendant and defendant-intervenor file responses to plaintiff's motion for judgment upon the administrative record and cross-motions for judgment upon the administrative record. Defendant and defendant-intervenor will file statements of fact separate from plaintiff's proposed Joint Statements of Facts.

December 24, 2007: Plaintiff files plaintiff's response to defendant and defendant-intervenor's cross-judgments upon the administrative record and

reply in support of plaintiff's motion for judgment upon the administrative record.

January 4, 2007: Defendant and defendant-intervenor file replies in support of their motions for judgment upon the administrative record.

The parties propose the following potential dates for oral argument: January 15, 16, 17.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/John J. Pavlick
JOHN J. PAVLICK
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004
Tele: (202) 344-4894
Fax: (202) 344-8300

Attorney for Plaintiff

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara J. Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

s/Constantine G. Papavizas

Constantine G. Papavizas
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tele: (202) 282-5732
Fax: (202) 282-5100

Attorney for Defendant-Intervenor

December 5, 2007

Certificate of Filing

I hereby certify that on December 5, 2007, a copy of the foregoing "FOURTH PROPOSED SCHEDULE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara Kilfoyle