**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OSG PRODUCT TANKERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>USS PRODUCT CARRIERS, LLC,<br><br>Defendant, Intervenor. | ) | Case No. 07-561C<br>Judge Hodges |

**UNOPPOSED MOTION TO UNSEAL ORDERS**

Plaintiff, OSG Product Tankers, LLC ("Product Tankers"), by counsel, moves the Court pursuant to United States Court of Federal Claims Rule 77.3(d) to unseal the Orders issued by this Court listed below that relate to Plaintiff's Motion to Amend Complaint. Plaintiff has contacted the Government and Defendant, Intervenor, USS Product Carriers, LLC, and been advised that neither party opposes this motion.

The Orders specifically requested to be unsealed include:

Order, dated October 24, 2007, Document No. 34

Order, dated November 9, 2007, Document No. 40

Order on Motion for Reconsideration, dated November 20, 2007, Document No. 50

Dated: December 13, 2007

Respectfully submitted,

s/ John J. Pavlick, Jr.________________
John J. Pavlick, Jr.
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)

*Of Counsel:*
Lars E. Anderson
Dismas N. Locaria
Peter A. Riesen
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)

William A. Shook
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C. 20006-1600
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)

DC1/259985