# In the United States Court of Federal Claims

* * * * * * *

OSG PRODUCT TANKERS, LLC, *

Plaintiff, * No. 07-561C

v. * Filed: December 14, 2007

UNITED STATES OF AMERICA, *

Defendant, and *

USS PRODUCT CARRIERS, LLC, *

Defendant - Intervenor. *

* * * * * * *

## ORDER

Plaintiff's unopposed motion to unseal three Orders is GRANTED. The Clerk of Court is instructed to unseal the following orders:

Document 34 – Order re: Document 25 – Plaintiff's motion to amend Complaint – October 24, 2007;
Document 40 – Order re: Document 36 – Motion for Reconsideration – November 9, 2007;
Document 50 – Order re: Document 36 – Plaintiff's Motion for Reconsideration – November 20, 2007.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge