**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OSG PRODUCT TANKERS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-561C<br>Judge Hodges |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| USS PRODUCT CARRIERS, LLC, | ) | |
| Defendant, Intervenor. | ) | |

**UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Pursuant to the United States Court of Federal Claims Rule 5.3(b)(2), Plaintiff, Product Tankers, LLC ("Product Tankers"), hereby moves this Court for permission to exceed the thirty (30) pages afforded under the Rule for Plaintiff to reply to the Defendant's and Defendant-Intervenor's response to Plaintiff's Motion for Judgment on the Administrative Record, as well as their respective Cross Motions for Judgment on the Administrative Record, by an additional ten (10) pages for a total of forty (40) pages. Plaintiff has contacted the Government and Defendant, Intervenor, USS Product Carriers, LLC, and been advised that neither party opposes this motion.

Dated: December 20, 2007

Respectfully submitted,

s/ John J. Pavlick, Jr.
John J. Pavlick, Jr.

Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

*Of Counsel:*

Lars E. Anderson
Dismas N. Locaria
Peter A. Riesen
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)

William A. Shook
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C. 20006-1600
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OSG PRODUCT TANKERS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-561C |
| | ) | Judge Hodges |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| USS PRODUCT CARRIERS, LLC, | ) | |
| Defendant, Intervenor. | ) | |

**ORDER**

This matter having come before the Court on Plaintiff's, OSG Product Tankers, LLC's ("Product Tankers"), Motion to Exceed Page Limit, and the Court being fully apprised of the premise and having considered any opposition thereto, it is this __ day of December 2007, by the United States Court of Federal Claims:

ORDERED, that the aforesaid Motion be, and the same hereby is, GRANTED

_________________________
Judge Robert Hodges, Jr.