# In the United States Court of Federal Claims

* * * * * * *

OSG PRODUCT TANKERS LLC, *

Plaintiff, * No. 07-561C

v. * Filed: December 20, 2007

UNITED STATES OF AMERICA, *

Defendant, and *

USS PRODUCT CARRIERS LLC, *

Defendant - Intervenor. *

* * * * * * *

**ORDER**

Plaintiff's unopposed motion to exceed page limitation GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge