**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OSG PRODUCT TANKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>USS PRODUCT CARRIERS, LLC,<br><br>Intervenor. | Case No. 07-561C<br>Judge Hodges |

**DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant moves the Court to exceed the 20-page limit provided by RCFC 5.3(b)(2) for defendant's reply in support of defendant's motion for judgment upon the administrative record by 15 pages, for a total of 35 pages. Defendant seeks leave to exceed the page limits to enable defendant to fully respond to plaintiff's response to defendant and defendant-intervenor's cross-judgments for judgment upon the administrative record and reply in support of plaintiff's motion for judgment upon the administrative record, which also exceeded the page limit requirements by leave of the Court. Counsel for defendant has consulted with counsel for plaintiff and defendant-intervenor, and plaintiff and defendant intervenor do not oppose this request.

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's unopposed motion to exceed the page limits for defendant's reply brief by 15 pages.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL
CARA CONLIN
JOEL WEGER
Military Sealift Command
914 Charles Morris Ct. SE
Washington Navy Yard
Washington, D.C. 20398

December 31, 2007

Certificate of Filing

I hereby certify that on December 31, 2007, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara Kilfoyle