# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| OSG PRODUCT TANKERS, LLC, | * | |
| Plaintiff, | * | No. 07-561C |
| v. | * | Filed: January 4, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant, and | * | |
| USS PRODUCT CARRIERS, LLC, | * | |
| Defendant - Intervenor. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's unopposed motion to exceed page limitation is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge