# In the United States Court of Federal Claims

**No. 07-561 C**

**OSG PRODUCT TANKERS LLC**
**Plaintiff**

**v.**

**JUDGMENT**

**THE UNITED STATES**
**Defendant**

**and**

**USS PRODUCT CARRIERS LLC**
**Defendant-Intervenor**

Pursuant to the court's Opinion, filed June 19, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

John S. Buckley
Acting Clerk of Court

June 23, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.