**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| OSG PRODUCT TANKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>USS PRODUCT CARRIERS, LLC,<br><br>Intervenor. | Case No. 07-561C<br>Judge Hodges |

**JOINT NOTICE**

Pursuant to the Court's Opinion and Order dated June 19, 2008, the parties respectfully advise the Court that the parties have no proposed redactions to the Court's Opinion and Order dated June 19, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ John J. Pavlick
JOHN J. PAVLICK
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004
Tele: (202) 344-4894
Fax: (202) 344-8300

Attorney for Plaintiff

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

s/ Constantine Papavizas
Constantine G. Papavizas
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tele: (202) 282-5732
Fax: (202) 282-5100

Attorney for Defendant-Intervenor

June 25, 2008

Certificate of Filing

I hereby certify that on June 25, 2008, a copy of the foregoing "JOINT NOTICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara Kilfoyle